| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No. 3:25-CV-00332-MOC-SCR |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No. 3:25-CV-469-MOC-DCK |

**DECLARATION OF S. RANCHOR HARRIS, III IN SUPPORT OF JAN DUJMOVIC'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, S. RANCHOR HARRIS, III, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm Ranchor Harris Law, counsel for lead plaintiff movant Jan Dujmovic ("Movant") and proposed Liaison Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky, LLP as Lead Counsel and

Ranchor Harris Law as Liaison Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit 1**:      PSLRA Certification signed by Movant attesting to his transactions of Krispy Kreme, Inc. ("Krispy Kreme" or the "Company") securities;

**Exhibit 2**:      Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Krispy Kreme securities;

**Exhibit 3**:      Press Release published May 16, 2025, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Cameron v. Krispy Kreme, Inc., et al.*, No. 3:25-CV-00332-MOC-SCR;

**Exhibit 4**:      Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit 5**:      Firm Résumé of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of July, 2025.


/s/ *S. Ranchor Harris, III*
S. Ranchor Harris, III

2