# Exhibit 2

| Client Name | Jan Dujmovic |
|---|---|
| Company Name | Krispy Kreme, Inc. |
| Ticker Symbol | DNUT |
| Security Type | |
| Class Period Start | 03-26-2024 |
| Class Period End | 05-07-2025 |
| 90-DAY Lookback Period Start | 05-08-2025 |
| 90-DAY Lookback Period End | 07-14-2025 |
| 90-DAY Lookback Average | $ 02.97 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $836,778.64 |
| DURA LIFO* Total | $836,759.47 |
| Gross Shares Purchased | 87,999 |
| Net Shares Retained | 87,977 |
| Net Funds Expended | $1,098,344.04 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-27-2024 | 20 | 15.81 | $ 316.20 | | | | | | - | 20 | 20 | $ 02.97 | $ 59.46 | $ 256.74 | $ 256.74 |
| 03-27-2024 | 1400 | 15.74 | $ 22,036.00 | | | | | | - | 1400 | 1400 | $ 02.97 | $ 4,162.36 | $ 17,873.64 | $ 17,873.64 |
| 03-27-2024 | 3900 | 15.72 | $ 61,308.00 | | | | | | - | 3900 | 3900 | $ 02.97 | $ 11,595.13 | $ 49,712.87 | $ 49,712.87 |
| 03-27-2024 | 6800 | 15.68 | $ 106,624.00 | | | | | | - | 6800 | 6800 | $ 02.97 | $ 20,217.16 | $ 86,406.84 | $ 86,406.84 |
| 03-27-2024 | 3000 | 15.6 | $ 46,800.00 | | | | | | - | 3000 | 3000 | $ 02.97 | $ 8,919.33 | $ 37,880.67 | $ 37,880.67 |
| 03-27-2024 | 4800 | 15.6 | $ 74,880.00 | | | | | | - | 4800 | 4800 | $ 02.97 | $ 14,270.93 | $ 60,609.07 | $ 60,609.07 |
| 03-27-2024 | 6000 | 15.51 | $ 93,060.00 | | | | | | - | 6000 | 6000 | $ 02.97 | $ 17,838.67 | $ 75,221.33 | $ 75,221.33 |
| 03-27-2024 | 6700 | 15.56 | $ 104,252.00 | | | | | | - | 6700 | 6700 | $ 02.97 | $ 19,919.84 | $ 84,332.16 | $ 84,332.16 |
| 03-27-2024 | 1400 | 15.54892857 | $ 21,768.50 | | | | | | - | 1400 | 1400 | $ 02.97 | $ 4,162.36 | $ 17,606.14 | $ 17,606.14 |
| 03-27-2024 | 400 | 15.50575 | $ 6,202.30 | | | | | | - | 400 | 400 | $ 02.97 | $ 1,189.24 | $ 5,013.06 | $ 5,013.06 |
| 03-27-2024 | 700 | 15.59885714 | $ 10,919.20 | | | | | | - | 700 | 700 | $ 02.97 | $ 2,081.18 | $ 8,838.02 | $ 8,838.02 |
| 03-27-2024 | 200 | 15.62 | $ 3,124.00 | | | | | | - | 200 | 200 | $ 02.97 | $ 594.62 | $ 2,529.38 | $ 2,529.38 |
| 03-27-2024 | 1900 | 15.56 | $ 29,564.00 | | | | | | - | 1900 | 1900 | $ 02.97 | $ 5,648.91 | $ 23,915.09 | $ 23,915.09 |
| 03-27-2024 | 1100 | 15.52 | $ 17,072.00 | | | | | | - | 1100 | 1100 | $ 02.97 | $ 3,270.42 | $ 13,801.58 | $ 13,801.58 |
| 03-27-2024 | 7400 | 15.11 | $ 111,814.00 | | | | | | - | 7400 | 7400 | $ 02.97 | $ 22,001.02 | $ 89,812.98 | $ 89,812.98 |
| 03-27-2024 | 3900 | 15.25 | $ 59,475.00 | | | | | | - | 3900 | 3900 | $ 02.97 | $ 11,595.13 | $ 47,879.87 | $ 47,879.87 |
| 05-23-2024 | 3000 | 11.42 | $ 34,260.00 | | | | | | - | 3000 | 3000 | $ 02.97 | $ 8,919.33 | $ 25,340.67 | $ 25,340.67 |
| 05-23-2024 | 2204 | 11.44809437 | $ 25,231.60 | | | | | | - | 2204 | 2204 | $ 02.97 | $ 6,552.74 | $ 18,678.86 | $ 18,678.86 |
| 05-23-2024 | 2800 | 11.44883929 | $ 32,056.75 | | | | | | - | 2800 | 2800 | $ 02.97 | $ 8,324.71 | $ 23,732.04 | $ 23,732.04 |
| 05-23-2024 | 1310 | 11.44961832 | $ 14,999.00 | | | | | | - | 1310 | 1310 | $ 02.97 | $ 3,894.78 | $ 11,104.22 | $ 11,104.22 |
| 05-23-2024 | 2000 | 11.45755 | $ 22,915.10 | | | | | | - | 2000 | 2000 | $ 02.97 | $ 5,946.22 | $ 16,968.88 | $ 16,968.88 |
| 05-23-2024 | 900 | 11.43 | $ 10,287.00 | | | | | | - | 900 | 900 | $ 02.97 | $ 2,675.80 | $ 7,611.20 | $ 7,611.20 |
| 05-23-2024 | 1000 | 11.42 | $ 11,420.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 8,446.89 | $ 8,446.89 |
| 05-23-2024 | 1000 | 11.4 | $ 11,400.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 8,426.89 | $ 8,426.89 |
| 05-23-2024 | 1000 | 11.37 | $ 11,370.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 8,396.89 | $ 8,396.89 |
| 05-23-2024 | 1000 | 11.26 | $ 11,260.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 8,286.89 | $ 8,286.89 |
| 05-24-2024 | 1000 | 11.15 | $ 11,150.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 8,176.89 | $ 8,176.89 |
| 05-28-2024 | 1000 | 10.91 | $ 10,910.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 7,936.89 | $ 7,936.89 |
| 05-29-2024 | 1000 | 10.53 | $ 10,530.00 | | | | | | - | 1000 | 1000 | $ 02.97 | $ 2,973.11 | $ 7,556.89 | $ 7,556.89 |
| 05-29-2024 | 19 | 10.26953596 | $ 195.12 | 12-20-2024 | 19 | | $ 09.38 | $ 178.13 | - | - | - | $ 02.97 | | $ 17.00 | |
| 05-29-2024 | 843 | 10.26953596 | $ 8,657.22 | | | | | | - | 843 | 843 | $ 02.97 | $ 2,506.33 | $ 6,150.89 | $ 6,150.89 |
| 05-30-2024 | 3 | 10.1 | $ 30.30 | 12-20-2024 | 3 | | $ 09.38 | $ 28.13 | - | - | - | $ 02.97 | | $ 02.18 | |
| 03-11-2025 | 18300 | 5.61 | $ 102,663.00 | | | | | | - | 18300 | 18300 | $ 02.97 | $ 54,407.93 | $ 48,255.07 | $ 48,255.07 |
| Total: | 87,999 | | $1,098,550.29 | | 22 | | | $206.25 | | 87,977 | 87,977 | | $261,565.40 | $836,778.64 | $836,759.47 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.