# Exhibit 3

May 16, 2025 4:09 PM Eastern Daylight Time

# DNUT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of Krispy Kreme, Inc. Investors

**Share**

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Western District of North Carolina, captioned *Cameron v. Krispy Kreme, Inc., et al.,* Case No. 25-cv-332, on behalf of persons and entities that purchased or otherwise acquired Krispy Kreme, Inc. ("Krispy Kreme" or the "Company") (NASDAQ: DNUT) securities between **February 25, 2025 and May 7, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

 IF YOU SUFFERED A LOSS ON YOUR KRISPY KREME INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

**What Happened?**

On May 8, 2025, before the market opened, Krispy Kreme released its first quarter 2025 financial results, reporting its "net revenue was $375.2 million…a decline of 15.3%" and a "net loss of $33.4 million, compared to prior year net loss of $6.7 million." Additionally, the Company announced that it is "reassessing [its] deployment schedule together with McDonald's" and "withdrawing [its] prior full

year outlook and not updating it" due in part to "uncertainty around the McDonald's deployment schedule."

On this news, the price of Krispy Kreme shares fell 24.71%, or $1.07 per share, to close at $3.26 per share on May 8, 2025, on unusually heavy trading volume.

## What Is the Lawsuit About?

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that demand for Krispy Kreme products declined materially at McDonald's locations after the initial marketing launch; (2) that demand at McDonald's locations was a driver of declining average sales per door per week; (3) that the partnership with McDonald's was not profitable; (4) that the foregoing posed a substantial risk to maintaining the partnership with McDonald's; (5) that, as a result, the Company would pause expansion into new McDonald's locations; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Krispy Kreme securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

## Contact Us to Participate or Learn More:

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224

Case 3:25-cv-00332-MOC-SCR    Document 11-3    Filed 07/15/25    Page 3 of 7

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**          Class Action Lawsuit          Professional Services          Legal



**Glancy Prongay & Murray LLP**

⬉ NASDAQ:DNUT

**RELEASE VERSIONS**

English

**CONTACTS**

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

## Securities Fraud Investigation Into UroGen Pharma Ltd. (URGN) Announced — Investors Who Lost Money Urged to Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of UroGen Pharma Ltd. ("UroGen" or the "Company") (NASDAQ: URGN) investors concerning…

## Deadline Alert: Civitas Resources, Inc. (CIVI) Investors Who Lost Money Urged to Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming July 1, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Civitas Resources, Inc. ("Civitas" or the…

### Deadline Alert: Iovance Biotherapeutics, Inc. (IOVA) Investors Who Lost Money Urged to Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming July 14, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Iovance Biotherapeutics, Inc. ("Iovance" or…

Back to Newsroom  →

# Wish your news had this kind of reach?

Sign Up          →

Learn About Business Wire     →



**Company**

About Business Wire

Careers

Media Center

**Services**

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy　　　Cookie Policy　　　Copyright　　　Accessibility Statement　　　Terms of Use

    

Case 3:25-cv-00332-MOC-SCR　　　Document 11-3　　　Filed 07/15/25　　　Page 7 of 7