# Exhibit 4

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-CV-00332-MOC-SCR<br><br>**DECLARATION OF JAN DUJMOVIC IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-CV-469-MOC-DCK |

I, Jan Dujmovic, pursuant to 28 U.S.C. § 1746, declare as follow:

1.       I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Krispy Kreme, Inc. ("Krispy Kreme" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.       I currently reside in Dubai, United Arab Emirates. I possess a bachelor's degree in economics with a specialization in management. I am currently self-employed and have an online

business, selling educational subscription services. I have been an active retail investor for about a decade, primarily managing a long-term portfolio that includes indexes and stocks.

3. I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4. Prior to seeking appointment as lead plaintiff in the Actions, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5. I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6. After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on:

Date: July 1st, 2025

Signed:

Name: Jan Dujmovic

3