# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No. 3:25-CV-00332-MOC-SCR |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No. 3:25-CV-469-MOC-DCK |

**MOTION OF JAN DUJMOVIC FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Jan Dujmovic ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel and Ranchor Harris Law as Liaison Counsel for the Class.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Ranchor Harris, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Levi & Korsinsky, LLP as Lead Counsel and Ranchor Harris Law as Liaison Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion. [1]

Dated: July 15, 2025

Respectfully Submitted,

By: /s/ *S. Ranchor Harris, III*
S. Ranchor Harris, III
**RANCHOR HARRIS LAW**
1784 Heritage Center Drive, Suite 204-E
Wake Forest, NC 27587
Tel.: (919) 586-8760
Email: ranchor@ranchorharris.com
Fax: 919-589-4845
State Bar No. N.C. 21022

*Laision Counsel for Jan Dujmovic and [Proposed] Laision Counsel for the Class*

Adam M. Apton (*pro hac vice* forthcoming)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant Jan Dujmovic and [Proposed] Lead Counsel for the Class*

---

[1] This Motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who the competing lead plaintiff movants are at this time. As a result, counsel for Movant respectfully requests that the consultation requirement in Rule 7.1(b) of the Local Rules be waived for this Motion.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

/s/ *S. Ranchor Harris, III*
S. Ranchor Harris, III