# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr. |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**MOTION OF DAVID CAMERON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Plaintiff David Cameron ("Cameron") respectfully moves this Court for an order: (1) consolidating the above-captioned actions; (2) appointing Cameron as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Cameron's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Cameron seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act. This motion is based on this notice, the attached memorandum of law, the declaration of Garth Spencer, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Pursuant to Local Civil Rule 7.1(b), Cameron's counsel state that they have not conferred with counsel for any competing lead plaintiff movants, as they did not know the identities of competing movants at the time of preparing this motion.

1

Respectfully submitted,

Dated:   July 15, 2025      /s/     *Garth Spencer*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan*
   CLinehan@glancylaw.com
Garth Spencer (NCSB# 60142)
   GSpencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for David Cameron and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz*
   FCruz@frankcruzlaw.com
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

* *Pro hac vice* forthcoming.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2025, I served the foregoing Motion of David Cameron for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer

3