| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00332-MOC-SCR |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**[PROPOSED] ORDER**

Having considered the Motion of David Cameron for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Krispy Kreme, Inc. Securities Litigation*, Master File No 3:25-cv-00332-MOC-SCR;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints David Cameron as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.


Dated: _____, 2025          _____
                                        HON. MAX O. COGBURN, JR.
                                        UNITED STATES DISTRICT JUDGE

1