# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case 3:25-cv-00332-MOC-SCR<br><br><br>Hon. Max O. Cogburn, Jr. |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF MOTION OF DAVID CAMERON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Garth Spencer, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for proposed lead plaintiff David Cameron ("Cameron") in the above-captioned action. I make this declaration in support of the Motion of David Cameron for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as exhibits are true and correct copies of the following:

Exhibit A: Press release published May 16, 2025 on *Business Wire* announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Analysis of Cameron's financial interest; and

Exhibit C: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of July, 2025.

*/s/ Garth Spencer*
Garth Spencer

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I served the foregoing Declaration of Garth Spencer in Support of Motion of David Cameron for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer