# EXHIBIT B

# Financial Interest Analysis

**Company Name:** Krispy Kreme, Inc.
**Ticker:** DNUT
**Class Period:** February 25, 2025 to May 7, 2025
**Name:** David Cameron

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/25/2025 | 250 | $7.0000 | -$1,750.0000 | | $0.0000 | -$1,750.00 |
| 2/25/2025 | -250 | | $0.0000 | $7.0000 | $1,750.0000 | $1,750.00 |
| 2/26/2025 | 250 | $6.4000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 2/26/2025 | 1,000 | $6.0000 | -$6,000.0000 | | $0.0000 | -$6,000.00 |
| 3/6/2025 | 1,000 | $5.7800 | -$5,780.0000 | | $0.0000 | -$5,780.00 |
| 3/11/2025 | 500 | $5.5400 | -$2,770.0000 | | $0.0000 | -$2,770.00 |
| 3/11/2025 | 500 | $5.4600 | -$2,730.0000 | | $0.0000 | -$2,730.00 |
| 3/11/2025 | 500 | $5.3900 | -$2,695.0000 | | $0.0000 | -$2,695.00 |
| 3/28/2025 | 2,000 | $5.0500 | -$10,100.0000 | | $0.0000 | -$10,100.00 |
| 4/1/2025 | 2,000 | $4.9500 | -$9,900.0000 | | $0.0000 | -$9,900.00 |
| 4/4/2025 | 4,000 | $4.2000 | -$16,800.0000 | | $0.0000 | -$16,800.00 |
| 5/8/2025 | -11,750 | | $0.0000 | $3.3000 | $38,775.0000 | $38,775.00 |

**Shares Retained:** 0

**90-Day Average Price** $2.9731

| | |
|---|---|
| **Subtotal:** | -$19,600.00 |
| **90-Day Average:** | $0.00 |
| **Total:** | -$19,600.00 |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between May 8, 2025 and July 14, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.