## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00332-MOC-SCR |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**MOTION OF TEJA MUDIKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Teja Mudiki ("Mudiki") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Mudiki as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Krispy Kreme, Inc. securities between March 26, 2024 and May 7, 2025, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Law Offices of James Scott Farrin as Liaison Counsel for the Class.

In support of this Motion, Mudiki submits a Memorandum of Law, the Declaration of Gary W. Jackson filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Mudiki is aware of Local Civil Rule 7.1(b), which provides, in relevant part, that "[c]ivil motions must show that counsel have conferred and attempted in good faith to resolve areas of disagreement, or describe the timely attempts of the movant to confer with opposing counsel." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is July 15, 2025, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Mudiki will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until July 16, 2025—the day after the statutory deadline—making conferral with opposing counsel and full compliance with Local Civil Rule 7.1(b) before the filing of Mudiki's motion papers impracticable. Under these circumstances, Mudiki respectfully requests that compliance with Local Civil Rule 7.1(b) be waived in this instance.

1

Dated:  July 15, 2025

Respectfully submitted,

**THE LAW OFFICES OF JAMES SCOTT FARRIN**

By: */s/ Gary W. Jackson*
GARY W. JACKSON
N.C. State Bar No. 13976
555 S. Mangum Street, Suite 800
Durham, NC 27701
Telephone: (919) 688-4991
gjackson@farrin.com

*Counsel for Lead Plaintiff Movant Teja Mudiki and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Teja Mudiki and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Teja Mudiki*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

SO CERTIFIED this 15th day of July, 2025.

> */s/ Gary W. Jackson*
> Gary W. Jackson

3