# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00332-MOC-SCR |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**DECLARATION OF GARY W. JACKSON IN SUPPORT OF MOTION OF TEJA MUDIKI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Gary W. Jackson, hereby declare and state as follows:

1.     I am an attorney duly licensed to practice law before all of the courts of the State of North Carolina and am an attorney with The Law Offices of James Scott Farrin ("Farrin Law"), counsel on behalf of Teja Mudiki ("Mudiki"), and have personal knowledge of the facts set forth herein.

2.     I make this Declaration in support of Mudiki's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of Mudiki's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Farrin Law as Liaison Counsel for the Class.

### Overview

3.     As described herein, I have the experience, expertise, and capacity to serve as Liaison Counsel in this case. I was first licensed as an attorney in California in 1979.[1] I was licensed in NY in 1986 and NC in 1987. My practice focuses on complex litigation, class actions, mass torts, and multi-district litigation ("MDL"). I currently serve on the Executive Committee in consolidated class actions against the Chemours Company and DuPont Chemours.[2] I served as Liaison Counsel for *In re Swisher Hygiene, Inc. Securities and Derivative Litigation* (MDL No. 2384), *In re Lending Tree, LLC Customer Data Breach Litigation* (MDL No. 1976), and *Paskowitz v. Capitala Finance Corp.* (W.D.N.C.) (3:18-cv-00096-RJC-DSC), all in the Western District. Moreover, I have actively litigated numerous class actions in a wide variety of legal areas as described herein. I currently serve on the Plaintiff's Steering Committee in the Camp Lejeune litigation.

---

[1] My California license is currently inactive.

[2]     E.D.N.C. Case Nos. 7:17-CV-00189-D; 00195-D; -00197-D; -00201-D; -00209-D.

4.     Throughout my career I have made it a point to act with decorum and professionalism toward fellow counsel and the judiciary. After working for decades prosecuting cases, I continue to maintain professional and personal relationships with many attorneys that regularly appear as my opposing counsel. I have presented CLE programs on civility to the American Ass'n for Justice, the Litigation Counsel of America, the Southern Trial Lawyers Ass'n, and the Ohio Ass'n for Justice. I am active in multiple professional associations, having served or currently holding leadership roles in many.

### Education and Clerkship

5.     I graduated from Duke University *magna cum laude* in 1976. I earned my law degree from Duke University School of Law, where I served as a Staff and Editorial Board Member of the Duke Law Journal. After law school, I clerked for United States District Judge Robert P. Aguilar (N.D. Cal.). I was a Visiting Researcher at Harvard School of Law from 1984- 1985 and I served as a Senior Lecturing Fellow at Duke University School of Law in 2002. Additionally, I am a 2012 graduate of the Gerry Spence Trial Lawyers College.

### Early Legal Experience

6.     Originally practicing at a large corporate law firm in California, I eventually moved back to North Carolina to join Womble, Carlyle, Sandridge and Rice, where I became a Partner in 1989. I have defended corporations in complex litigation and class actions, before moving to the plaintiff-side in 1995. Since my transition, I have had a successful career representing individuals, small businesses, and classes in a wide variety of areas.

### Synthetic Stucco Lawsuits

7.     My first substantial experience as a plaintiffs' lawyer in mass torts litigation arose from my involvement in the synthetic stucco lawsuits. From roughly 1997 through 2003, I handled over three hundred individual lawsuits involving residential and commercial structures clad with

- 2 -

exterior insulation finish systems (EIFS). Former NC Governor Mike Easley, who was the Attorney General at the time, called these problems the most significant consumer issues the state had ever faced. The average individual settlements resulted in our clients' recovering, on average, over four times the amounts received by building owners through class settlements.

## MDL and Class Action Experience

8.      In addition to the matters noted *supra*, my experience includes many class action cases transferred to MDLs. For instance, I filed a class action complaint on behalf of the City of Charlotte and similarly situated municipalities that were harmed by antitrust violations committed by chemical companies. (*See City of Charlotte v. Reichl, et al*., transferred to MDL No. 2687, *In re: Liquid Aluminum Sulfate Antitrust Litigation* (D.N.J.)).

9.      I also filed a class action on behalf of NC consumers with claims arising under Federal Stored Communications Act for a data breach involving the Target Corporation. (*See Knox v. Target Corporation* (W.D.N.C.), transferred to MDL No. 2522, *In Re: Target Corporation Customer Data Security Breach Litigation*) (D. Minn.).

10.     I litigated three separate class actions against income tax services for charging usurious rates – *Gaddy v. H&R Block, Inc., et al.* (M.D.N.C.), *Glover v. JTH Tax, Inc.* (M.D.N.C.), and *Jones, et al v. JTH Tax, Inc.* (M.D.N.C.) all of which were transferred to MDL No. 2334 (N.D. Ill.).

11.     I brought two class actions against financial institutions for charging unlawful fees to their customers – *Barras v. Branch Banking and Trust Company* (M.D.N.C.) and *Norman v. Chase Bank USA, N.A*. (M.D.N.C.), both of which were transferred to MDLs – MDL No. 2036, *In Re: Checking Account Overdraft Litigation* (S.D. Fl.) and MDL No. 2032, *In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation*, respectively. MDL 2032 subsequently settled for approximately $100 million in damages to Chase customers.

12.     Although not transferred to an MDL, I pursued a class action in federal court against Capital One Bank on behalf of NC consumers injured by the company's misleading "payment protection plan" that was consolidated with another action in the MDFL. (*See Watlington et al. v. Capital One Bank (U.S.A.), N.A.* (M.D.N.C.). I also prosecuted a class action on behalf of Mecklenburg County, NC against several foreign automobile parts manufacturers that involved a conspiracy to fix prices of certain automotive parts. This case was consolidated with similar suits brought by numerous other municipalities and transferred to the E.D. Mich. (*See Richmond, City of v. Delphi Automotive LLP et al.*, Case No. 2:14-cv-00106-SFC-MKM).

13.     I am currently litigating a class action against Audible (a subsidiary of Amazon) on behalf of tens of thousands of independent authors that were deprived of royalties they were due. (*Golden Unicorn Enterprises, Inc. and Big Dog Books, LLC v. Audible, Inc.*, Case No: 1:21-CV-07059-JMF (S.D.N.Y.)).

14.     With regard to class actions outside of federal court, for over the last decade I have served as co-lead counsel in *Lake v. State Health Plan for Tchrs. & State Emps*.[3] This class action consists of over 222,000 retirees who are vested in the State Employees' Retirement System of North Carolina. The suit, which has been certified, seeks to restore health insurance benefits that the State is contractually obligated to provide under its retirement and pension plan. My clients come from a wide range of professional backgrounds from all over the State, including teachers, police officers, firemen, paramedics, sanitation workers, etc.

15.     I am presently litigating a consumer protection class action against WakeMed Health and Hospitals. Our firm represents the class representatives of a putative class of approximately 500,000 patients who had their personal and medical information shared with Facebook without their

---

[3] *See* 380 NC 502 (2022); 234 NCApp. 368 (2014); 367 NC 275 (2013).

consent.[4] That case is currently before the NC Business Court where I have litigated dozens of complex cases over the last 25 years.

16. I am also currently prosecuting a class action filed on behalf of persons and businesses evacuated as the result of an explosion at the Winston-Weaver fertilizer plant in Winston-Salem in 2022. Our firm represents a putative class of approximately 6,000 people in this matter.[5]

## Federal Court Experience

17. I am admitted to all Federal districts in North Carolina, all Federal districts in California, and the Southern and Eastern Districts of New York. I have also been admitted pro hac vice in the Western District of Louisiana; the District of South Carolina; the Eastern District of Michigan; the Northern District of Illinois; Northern, Southern, and Middle Districts of Florida; and the District of Minnesota.

18. I have litigated over one hundred cases in NC federal courts covering a wide variety of subjects. These include: *Wheeler v. Acadia Healthcare Company, Inc. et al.* (W.D.N.C.) (1:21- cv-00241-MR-WCM) (*qui tam* case currently pending before Chief Judge Reidinger); *Hauser et al v. CVS Caremark Corporation et al.* (W.D.N.C.) (1:11-cv-03146) (*qui tam* case settled for $5 million); *Horner, et al. v. Blue Cross Blue Shield* (E.D.N.C.) (5:04-cv-00081-FL); *Verona et al. vs. U.S. Bancorp* (E.D.N.C.) (7:09-cv-00057-BR) (jury verdict of $4 million); *Grignon v. Salix Pharmaceuticals* (E.D.N.C.) (5:14-cv-00804-D); *Doby et al. v. GlaxoSmithKline* (M.D.N.C.) (1:20-cv-00216-UA-JLW); *Wachovia Bank, et al v. Wells Fargo* (M.D.N.C.) (6:92-cv-00063- NCT); *Parris v. Pfizer* (W.D.N.C.) (1:14-cv-00024-MOC-DLH); *Whitaker et al. v. United States* (N.C.W.D.) (3:12-cv-00130-GCM); and many others.

---

[4] Pending before the North Carolina Business Court, Case No. 22-CVS-13860.
[5] Designated as a 2.1 case and pending in Superior Court of Forsyth County, Case No. 22-CVS- 929.

**Bar Leadership**

19.    I have served, and continue to serve, in leadership roles outside of the courtroom as well. I am an active member of the North Carolina Advocates for Justice, serving as President from 2011-2012, on the Executive Committee from 2007-2013, the Board of Governors from 2006-2013, VP of Education from 2007-2010, and Chair of the Consumer Areas of Practice Litigation Group from 2003-2005. I previously served as Chair of the Litigation Section and Co-Chair of the Tort Reform Task Force for the NC Bar Association. I have served on the Board of Governors for the Southern Trial Lawyers Ass'n since 2006.

**Additional Achievements and Honors**

20.    I have achieved numerous honors and awards, including: "Best Lawyers in America" list for Litigation, 2020 – 2025; North Carolina "Super Lawyers" for Class Actions/Mass Torts, 2006–2026; and Fellow, American Bar Foundation – limited to 1% of lawyers licensed to practice in each jurisdiction.

21.    In addition, I have presented or participated in numerous CLE programs for many bar organizations throughout the country over the last 25 years. These include: the American Ass'n for Justice (f/k/a American Trial Lawyers Ass'n.), Litigation Counsel of America, Southern Trial Lawyers Ass'n, North Carolina Bar Ass'n, North Carolina Advocates for Justice (f/k/a North Carolina Acad. of Trial Lawyers), South Carolina Ass'n of Trial Lawyers, Alabama Ass'n for Justice, Ohio Ass'n for Justice, and the Academy of Florida Trial Lawyers.

22.    In addition to speaking events and presentations, I have written extensively in numerous bar and legal publications, including: "Adapt or Perish," Trial (October 2010); "Managing Co-Counsel Relationships," Trial (October 2009); "Do Business Courts Really Mean Business?" Trial (June 2006); "The Economic Loss Principle in Construction Defect Litigation,"

- 6 -

The Litigator (June 2005); "Home, bitter sweet home," Trial (February 2005); "Mold Liability –
Mixed Signals," Realtor Magazine (December, 2004); "Arbitration of Business Disputes: Friend
or Foe?" Business North Carolina (June 2004); "Synthetic Stucco: Litigation Alert," Realtor
Magazine (January 2004); "Business Plaintiffs: Not an Oxymoron," Business North Carolina (July
2003); "When Bad Houses Make Good Cases," Trial (November 2002); "Immediate Appeal of
Class Certification Orders–Should North Carolina Follow the Federal Lead?," North Carolina
State Bar Journal (Winter 2001).

### My Law Firm

23.     The Law Offices of James Scott Farrin is a nationally recognized personal injury
and complex litigation law firm located in Durham, North Carolina. The firm was founded in 1997
and currently consists of over 60 attorneys in 14 offices in North and South Carolina. Our primary
goal is to provide quality legal representation to every single client. We have consistently
accomplished this goal by hiring experienced attorneys, acting with the utmost professionalism,
and leveraging the technology and other logistical resources needed to handle tens of thousands of
clients.

24.     Our experience and ability to competently represent thousands of clients is
demonstrated best by *In re Black Farmers Discrimination Litigation*. Our firm used cutting edge
technology, much of which it developed internally, to administer, as lead counsel, nearly one
hundred thousand potential class members and a claims process which was required to be
completed in just 180 days.[6] These claims ultimately settled for approximately $1.25 billion. In
awarding the maximum amount of attorneys' fees allowed by law, US District Judge Paul L.
Friedman applauded our work, stating: "Class counsel have undertaken the immense challenge
presented by this action with the utmost professionalism and integrity, exhibiting skill, diligence,

and efficiency in all aspects of their duties." *In re Black Farmers Discrimination Litig.*, 953 F. Supp. 2d 82, 102 (D.D.C. 2013).

## **Supporting Documents**

25.     Attached as exhibits hereto are true and correct copies of the following:

Exhibit 1:          Chart setting forth Mudiki's financial interest in this litigation;

Exhibit 2:          Shareholder Certification executed by Mudiki;

Exhibit 3:          Press release published via *Business Wire* on May 16, 2025, announcing the pendency of the first-filed of the Related Actions;

Exhibit 4:          Declaration executed by Mudiki; and

Exhibit 5:          Firm resume of Pomerantz.

---

[6] We developed a number of databases and algorithmic approaches to manage these claims which became the foundation for the firm's development of its own case management software. The development of this software led to over 30 patents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 15, 2025.

*/s/ Gary W. Jackson*
Gary W. Jackson, Esq.
Law Offices of James Scott Farrin

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 15, 2025, I electronically filed the foregoing Declaration with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

SO CERTIFIED this 15th day of July, 2025.

**THE LAW OFFICES OF JAMES SCOTT FARRIN**

By: /s/ Gary W. Jackson
Gary W. Jackson
N.C. State Bar No. 13976
Law Offices of James Scott Farrin
555 S. Mangum St., Suite 800
Durham, NC 27701
Phone: (919) 688-4991
Fax: 1-800-716-7881
gjackson@farrin.com

*Counsel for Lead Plaintiff Movant Teja Mudiki and Proposed Liaison Counsel for the Class*