# Exhibit 1

**Krispy Kreme, Inc. (DNUT)**
**Class Period: March 26, 2024 to May 7, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 68-Days* Mean Price $2.9731 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary |
| Teja Mudiki | Common Stock | | 6,899 | | ($82,484) | | (4,299) | | $43,185 | 6,464 | 5,000 | $14,866 | ($61,228) | ($61,227) |
| Teja Mudiki | Options | | 10 | | ($110) | | (50) | | $374 | (40) | (40) | ($500) | ($236) | ($236) |
| **Teja Mudiki** | **Common Stock & Options** | | | | **($82,594)** | | | | **$43,559** | | | **$14,366** | **($61,464)** | **($61,463)** |
| | | | | | | | | | | | | | | |
| Teja Mudiki | Common Stock | | | | | Preclass | 2,400 | | | | | | | |
| Teja Mudiki | Common Stock | 3/27/2024 | 150 | $15.2600 | ($2,289) | 3/26/2024 | (24) | $15.7000 | $377 | | | | | |
| Teja Mudiki | Common Stock | 4/1/2024 | 150 | $14.9900 | ($2,249) | 3/26/2024 | (25) | $15.5300 | $388 | | | | | |
| Teja Mudiki | Common Stock | 4/2/2024 | 29 | $14.9300 | ($433) | 3/26/2024 | (50) | $15.6200 | $781 | | | | | |
| Teja Mudiki | Common Stock | 4/2/2024 | 121 | $14.9300 | ($1,807) | 3/26/2024 | (50) | $15.6200 | $781 | | | | | |
| Teja Mudiki | Common Stock | 4/3/2024 | 150 | $14.7700 | ($2,216) | 3/26/2024 | (100) | $15.6300 | $1,563 | | | | | |
| Teja Mudiki | Common Stock | 4/8/2024 | 200 | $14.6700 | ($2,934) | 3/26/2024 | (150) | $15.4400 | $2,316 | | | | | |
| Teja Mudiki | Common Stock | 4/18/2024 | 75 | $13.7200 | ($1,029) | 3/26/2024 | (100) | $15.4400 | $1,544 | | | | | |
| Teja Mudiki | Common Stock | 5/6/2024 | 500 | $12.7300 | ($6,365) | 3/26/2024 | (500) | $15.3800 | $7,690 | | | | | |
| Teja Mudiki | Common Stock | 5/13/2024 | 100 | $12.4800 | ($1,248) | 3/26/2024 | (200) | $15.2500 | $3,050 | | | | | |
| Teja Mudiki | Common Stock | 5/13/2024 | 100 | $12.4800 | ($1,248) | 3/26/2024 | (200) | $15.2500 | $3,050 | | | | | |
| Teja Mudiki | Common Stock | 5/13/2024 | 100 | $12.4800 | ($1,248) | 3/26/2024 | (6) | $15.2500 | $92 | | | | | |
| Teja Mudiki | Common Stock | 5/13/2024 | 100 | $12.4800 | ($1,248) | 3/26/2024 | (90) | $15.2500 | $1,373 | | | | | |
| Teja Mudiki | Common Stock | 5/13/2024 | 100 | $12.4800 | ($1,248) | 3/26/2024 | (117) | $15.2500 | $1,784 | | | | | |
| Teja Mudiki | Common Stock | 5/14/2024 | 50 | $11.9400 | ($597) | 3/26/2024 | (187) | $15.2500 | $2,852 | | | | | |
| Teja Mudiki | Common Stock | 5/14/2024 | 100 | $11.9400 | ($1,194) | 3/26/2024 | (15) | $15.2500 | $229 | | | | | |
| Teja Mudiki | Common Stock | 5/14/2024 | 100 | $11.9400 | ($1,194) | 3/26/2024 | (117) | $15.2500 | $1,784 | | | | | |
| Teja Mudiki | Common Stock | 5/17/2024 | 100 | $11.9800 | ($1,198) | 3/26/2024 | (468) | $15.2500 | $7,137 | | | | | |
| Teja Mudiki | Common Stock | 5/21/2024 | 38 | $11.7700 | ($447) | 4/23/2025 | (49) | $4.4800 | $220 | | | | | |
| Teja Mudiki | Common Stock | 5/21/2024 | 462 | $11.7700 | ($5,438) | 4/23/2025 | (0) | $4.4800 | $1 | | | | | |
| Teja Mudiki | Common Stock | 5/22/2024 | 500 | $11.6200 | ($5,810) | 4/23/2025 | (387) | $4.4100 | $1,706 | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 100 | $11.3100 | ($1,131) | 5/14/2025 | (0) | $3.0509 | $0 | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 74 | $11.4000 | ($844) | 5/14/2025 | (1,430) | $3.0509 | $4,363 | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 500 | $11.4600 | ($5,730) | 5/15/2025 | (34) | $3.1150 | $106 | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 500 | $11.5200 | ($5,760) | | | | | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 100 | $11.5600 | ($1,156) | | | | | | | | | |
| Teja Mudiki | Common Stock | 5/23/2024 | 500 | $11.6500 | ($5,825) | | | | | | | | | |
| Teja Mudiki | Common Stock | 5/24/2024 | 200 | $11.1600 | ($2,232) | | | | | | | | | |
| Teja Mudiki | Common Stock | 5/28/2024 | 500 | $11.0100 | ($5,505) | | | | | | | | | |
| Teja Mudiki | Common Stock | 7/22/2024 | 700 | $10.7900 | ($7,553) | | | | | | | | | |
| Teja Mudiki | Common Stock | 7/24/2024 | 500 | $10.6200 | ($5,310) | | | | | | | | | |
| **Teja Mudiki** | **Common Stock** | | **6,899** | | **($82,484)** | | **(4,299)** | | **$43,185** | **6,464** | **5,000** | **$14,866** | **($61,228)** | **($61,227)** |
| | | | | | | | | | | | | | | |
| Teja Mudiki | DNUT 7/18/2025 Call $12.50 | 2/25/2025 | 8 | $0.1000 | ($80) | | | | | | | | | |
| Teja Mudiki | DNUT 7/18/2025 Call $12.50 | 2/25/2025 | 2 | $0.1500 | ($30) | | | | | | | | | |
| **Teja Mudiki** | **DNUT 7/18/2025 Call $12.50** | | **10** | | **($110)** | | **0** | | **$0** | **10** | **10** | **$0** | **($110)** | **($110)** |
| | | | | | | | | | | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (7) | $0.0500 | $35 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (1) | $0.0500 | $5 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (2) | $0.0500 | $10 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (11) | $0.0900 | $99 | | | | | |

*Avg Closing Prices from May 8, 2025 to July 14, 2025

**Krispy Kreme, Inc. (DNUT)**
**Class Period: March 26, 2024 to May 7, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 68-Days* Mean Price $2.9731 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (12) | $0.0900 | $108 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (2) | $0.0500 | $10 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (7) | $0.0500 | $35 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (4) | $0.0900 | $36 | | | | | |
| Teja Mudiki | DNUT 1/16/2026 Call $10.00 | | | | | 4/24/2025 | (4) | $0.0900 | $36 | | | | | |
| **Teja Mudiki** | **DNUT 1/16/2026 Call $10.00** | | **0** | | **$0** | | **(50)** | | **$374** | **(50)** | **(50)** | **($500)** | **($126)** | **($126)** |

*Avg Closing Prices from May 8, 2025 to July 14, 2025