# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr.<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-00469-MOC-DCK<br><br>Hon. Max O. Cogburn, Jr.<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION BY THE WEST PALM BEACH POLICE PENSION FUND FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed Lead Plaintiff the West Palm Beach Police Pension Fund ("WPB Police") hereby moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); (2) appointing WPB Police as Lead Plaintiff; (3) approving its selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class and Terpening Law PLLC  ("Terpening Law") to serve as Local Counsel for the Class; and (4) granting any such other and further relief as the Court may deem just and proper.  In support of this Motion, WPB Police submits the accompanying Memorandum of Law and the Declaration of William R. Terpening and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto.

WHEREFORE, WPB Police respectfully requests that the Court: (1) consolidate the Related Actions pursuant to Rule 42(a); (2) appoint it as Lead Plaintiff for the Class pursuant to the PSLRA; (3) approve its selection of Saxena White to serve as Lead Counsel for the Class and for Terpening Law to serve as Local Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: July 15, 2025                              Respectfully submitted,

                                                  **TERPENING LAW PLLC**

                                                  By: */s/ William R. Terpening*

                                                  William R. Terpening
                                                  NC Bar No. 36418

1

221 West 11th Street
Charlotte, NC 28202
Tel.: (980) 265-1700
terpening@terpeninglaw.com

*Local Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund, and Proposed Local Counsel for the Class*

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund, and Proposed Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ William R. Terpening
William R. Terpening