# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00332-MOC-SCR <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00469-MOC-DCK <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM R. TERPENING IN SUPPORT OF THE MOTION OF THE WEST PALM BEACH POLICE PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, William R. Terpening, declare as follows:

1.        I am a member in good standing of the Bar of the State of North Carolina, and admitted to practice before this Court.  I am Founder and Managing Partner of the law firm of Terpening Law PLLC ("Terpening Law"), proposed Local Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the West Palm Beach Police Pension Fund ("WPB Police") for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.        Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:        WPB Police's sworn certification, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:        A chart reflecting WPB Police's transactions and estimated losses;

EXHIBIT C:        Notice of pendency of class action published on *BusinessWire* on May 16, 2025;

EXHIBIT D:        Firm resume of Saxena White P.A.; and

EXHIBIT E:        Firm resume of Terpening Law.


I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 15th day of July, 2025.

*/s/ William R. Terpening*
William R. Terpening

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ William R. Terpening*
William R. Terpening

2