# EXHIBIT A

# CERTIFICATION AND AUTHORIZATION

I, Jonathan Frost, on behalf of West Palm Beach Police Pension Fund ("WPB Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Krispy Kreme, Inc. ("Krispy Kreme") alleging violations of the federal securities laws. I am authorized in my capacity as Chairman of WPB Police to execute this Certification on behalf of WPB Police. WPB Police has authorized the filing of a motion for lead plaintiff appointment in this action or any related action.

2. WPB Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. WPB Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. WPB Police's transactions in Krispy Kreme securities during the Class Period are set forth in the attached Schedule A.

5. WPB Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Xponential Fitness Sec. Litig.*, No. 8:24-cv-0285 (C.D. Cal.).

6. WPB Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *West Palm Beach Police Pension Fund v. Leslie's Inc.*, No. 2:23-cv-1887 (D. Ariz).

7. WPB Police will not accept any payment for serving as a representative party on behalf of the Class beyond WPB Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _11ᵗʰ_ day of July, 2025.

*West Palm Beach Police Pension Fund*

_____, Chairman
Jonathan Frost, Chairman

2

| SCHEDULE A |
| --- |
| **West Palm Beach Police Pension Fund** |
| **Transactions in Krispy Kreme, Inc.** |

| Common Stock Purchases | | | | Common Stock Sales | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Date** | **Shares** | **Price** | | **Date** | **Shares** | **Price** |
| 12/20/24 | 1,519 | $9.4191 | | | | |
| 12/23/24 | 967 | $9.4459 | | | | |
| 12/24/24 | 4,762 | $9.6685 | | | | |
| 12/24/24 | 710 | $9.6639 | | | | |
| 12/26/24 | 1,036 | $9.7083 | | | | |
| 12/27/24 | 1,395 | $9.8748 | | | | |
| 12/27/24 | 1,669 | $9.7801 | | | | |
| 12/27/24 | 898 | $9.7917 | | | | |
| 12/30/24 | 835 | $9.6214 | | | | |
| 12/31/24 | 675 | $9.9200 | | | | |
| 12/31/24 | 278 | $9.9750 | | | | |
| 01/02/25 | 1,392 | $9.7846 | | | | |
| 01/03/25 | 945 | $9.7686 | | | | |
| 01/06/25 | 835 | $9.7664 | | | | |
| 01/06/25 | 696 | $9.7150 | | | | |
| 01/07/25 | 1,395 | $9.6962 | | | | |
| 01/08/25 | 1,744 | $9.4082 | | | | |
| 01/10/25 | 1,535 | $9.2953 | | | | |
| 01/13/25 | 1,405 | $9.0774 | | | | |
| 01/14/25 | 1,855 | $8.9331 | | | | |
| 01/15/25 | 2,422 | $9.0337 | | | | |
| 01/15/25 | 3,700 | $8.9707 | | | | |
| 01/24/25 | 557 | $8.8859 | | | | |
| 01/24/25 | 1,815 | $8.9615 | | | | |
| 01/27/25 | 2,925 | $9.3137 | | | | |
| 01/28/25 | 975 | $9.2024 | | | | |
| 02/14/25 | 396 | $8.5496 | | | | |
| 02/14/25 | 615 | $8.5364 | | | | |
| 02/18/25 | 645 | $9.1350 | | | | |
| 02/18/25 | 1,226 | $9.0831 | | | | |
| 02/19/25 | 778 | $9.0846 | | | | |
| 02/20/25 | 767 | $9.2561 | | | | |
| 02/20/25 | 100 | $9.3100 | | | | |
| 02/21/25 | 1,069 | $9.2272 | | | | |
| 02/24/25 | 1,269 | $9.1655 | | | | |
| 02/25/25 | 2,282 | $6.9991 | | | | |

| Common Stock Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 02/25/25 | 13,708 | $7.0060 |

| Common Stock Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |

4