# EXHIBIT B

**Krispy Kreme, Inc.**

**LIFO Loss for West Palm Beach Police Pension Fund**

Class Period: 03/26/24 to 05/07/25

Lookback Price: $2.9754 (05/08/25 - 07/15/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings: | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Matched to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 12/20/24 | 1,519 | $9.4191 | $14,307.61 | | | | | |
| Purchase | 12/23/24 | 967 | $9.4459 | $9,134.19 | | | | | |
| Purchase | 12/24/24 | 4,762 | $9.6685 | $46,041.40 | | | | | |
| Purchase | 12/24/24 | 710 | $9.6639 | $6,861.37 | | | | | |
| Purchase | 12/26/24 | 1,036 | $9.7083 | $10,057.80 | | | | | |
| Purchase | 12/27/24 | 898 | $9.7917 | $8,792.95 | | | | | |
| Purchase | 12/27/24 | 1,395 | $9.8748 | $13,775.35 | | | | | |
| Purchase | 12/27/24 | 1,669 | $9.7801 | $16,322.99 | | | | | |
| Purchase | 12/30/24 | 835 | $9.6214 | $8,033.87 | | | | | |
| Purchase | 12/31/24 | 675 | $9.9200 | $6,696.00 | | | | | |
| Purchase | 12/31/24 | 278 | $9.9750 | $2,773.05 | | | | | |
| Purchase | 01/02/25 | 1,392 | $9.7846 | $13,620.16 | | | | | |
| Purchase | 01/03/25 | 945 | $9.7686 | $9,231.33 | | | | | |
| Purchase | 01/06/25 | 696 | $9.7150 | $6,761.64 | | | | | |
| Purchase | 01/06/25 | 835 | $9.7664 | $8,154.94 | | | | | |
| Purchase | 01/07/25 | 1,395 | $9.6962 | $13,526.20 | | | | | |
| Purchase | 01/08/25 | 1,744 | $9.4082 | $16,407.90 | | | | | |
| Purchase | 01/10/25 | 1,535 | $9.2953 | $14,268.29 | | | | | |
| Purchase | 01/13/25 | 1,405 | $9.0774 | $12,753.75 | | | | | |
| Purchase | 01/14/25 | 1,855 | $8.9331 | $16,570.90 | | | | | |
| Purchase | 01/15/25 | 3,700 | $8.9707 | $33,191.59 | | | | | |
| Purchase | 01/15/25 | 2,422 | $9.0337 | $21,879.62 | | | | | |
| Purchase | 01/24/25 | 1,815 | $8.9615 | $16,265.12 | | | | | |
| Purchase | 01/24/25 | 557 | $8.8859 | $4,949.45 | | | | | |
| Purchase | 01/27/25 | 2,925 | $9.3137 | $27,242.57 | | | | | |
| Purchase | 01/28/25 | 975 | $9.2024 | $8,972.34 | | | | | |
| Purchase | 02/14/25 | 396 | $8.5496 | $3,385.64 | | | | | |
| Purchase | 02/14/25 | 615 | $8.5364 | $5,249.89 | | | | | |
| Purchase | 02/18/25 | 645 | $9.1350 | $5,892.08 | | | | | |
| Purchase | 02/18/25 | 1,226 | $9.0831 | $11,135.88 | | | | | |
| Purchase | 02/19/25 | 778 | $9.0846 | $7,067.82 | | | | | |
| Purchase | 02/20/25 | 767 | $9.2561 | $7,099.43 | | | | | |
| Purchase | 02/20/25 | 100 | $9.3100 | $931.00 | | | | | |
| Purchase | 02/21/25 | 1,069 | $9.2272 | $9,863.88 | Sale* | 05/09/25 | 32,788 | $2.9950 | $98,200.06 |
| Purchase | 02/24/25 | 1,269 | $9.1655 | $11,631.02 | Sale* | 05/09/25 | 29,007 | $2.9950 | $86,875.97 |
| Purchase | 02/25/25 | 13,708 | $7.0060 | $96,038.25 | | | | | |
| Purchase | 02/25/25 | 2,282 | $6.9991 | $15,971.95 | Retained | | 0 | $2.9754 | $0.00 |
| | | **61,795** | | **$540,859.18** | | | **61,795** | | **$185,076.03** |

LIFO Loss for West Palm Beach Police Pension Fund :  ($355,783.16)

*Post Class Period sale; applies the higher of actual sale price or average price from end of Class Period through sale date.*