# EXHIBIT E

# TERPENING LAW
## Federal Criminal and Civil Trial Lawyers

221 West Eleventh Street
Charlotte, North Carolina 28202
📞 (980) 265-1700
🌐 www.terpeninglaw.com

## Firm Résumé

### Overview

Terpening Law PLLC is a boutique litigation firm based in Charlotte, North Carolina, focused exclusively on high-stakes federal criminal defense and complex civil litigation. Founded in 2016 by former Alston & Bird litigator and federal law clerk Will Terpening, the firm is known for its discretion, courtroom acumen, and relentless advocacy for individuals and companies facing serious legal challenges.

With a deep bench of seasoned trial lawyers and board-certified specialists, Terpening Law delivers big-firm experience with the focus and flexibility of a nimble, conflict-free team.

### Core Practice Areas

Complex Civil Litigation

- Securities litigation.
- False Claims Act/ *Qui Tam* Litigation.
- Securities and Exchange Commission litigation and investigations.
- FINRA arbitrations and investigations.
- Litigation with the Internal Revenue Service.

Federal Criminal Defense

- White collar crime
- Securities fraud
- Health care fraud
- Tax fraud.
- Conspiracy & RICO
- Internal investigations
- Department of Justice investigations.
- Search warrant and subpoena response.
- Grand jury testimony.

### Notable Experience

- Law clerk to the Honorable Graham C. Mullen, United States District Court for the Western District of North Carolina.
- Half a decade litigating solely securities matters in the Securities Litigation Group of a respected international law firm.
- Lead counsel in hundreds of federal civil and criminal matters in the United States District Courts for the Western District of North Carolina, Middle District of North Carolina, Eastern District of North Carolina, Southern District of Ohio, Northern District of Georgia, District of Columbia, and elsewhere.
- Tried more than a dozen federal jury trials to a verdict.
- Representation of corporate officers, physicians, and financial professionals in high-profile white collar investigations and prosecutions.
- Civil counsel in multi-million dollar business disputes involving financial institutions, partnerships, and national corporations.
- Successful motions to dismiss, suppression, and sentencing reductions under U.S. Sentencing Guidelines and 18 U.S.C. § 3553(a).

### Founder Bio

Will Terpening, Founder & Managing Attorney
- Board-Certified Specialist in Federal Criminal Law (North Carolina State Bar)
- Former securities litigation associate at Alston & Bird LLP
- Law clerk to Judge Graham C. Mullen, U.S. District Court for the WDNC
- J.D., Duke University School of Law
- M.A. and B.A. (honors), Duke University and Brown University

Will is a respected litigator known for intellectual rigor, trial savvy, and calm under pressure. He regularly appears in federal courts throughout the Southeast and is licensed in North Carolina and Georgia.

### Why Clients Choose Us

- Trial-Ready: We prepare every case as if it will go to trial, often resolving matters more favorably as a result.
- Client-Centered: Discreet, responsive representation with a commitment to protecting reputations.
- Efficient and Focused: Boutique size means lower overhead, faster pivots, and no internal conflict checks with giant corporate clients.
- Elite Credentials: Ivy League and top-tier legal education and training, with decades of courtroom experience.

### Bar Admissions

- North Carolina
- Georgia
- U.S. District Courts: WDNC, MDNC, EDNC, NDGA, SDGA, DDC

- U.S. Court of Appeals: Fourth Circuit, Eleventh Circuit

## Contact

Terpening Law PLLC
221 West Eleventh Street
Charlotte, NC 28202

📞 (980) 265-1700

📧 info@terpeninglaw.com

🌐 www.terpeninglaw.com