# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:25-cv-00332-MOC-SCR |
| vs. | ) ) | |
| KRISPY KREME, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

| | | |
|---|---|---|
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:25-cv-00469-MOC-DCK |
| vs. | ) ) | |
| KRISPY KREME, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

## MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4904-9507-4645

Proposed lead plaintiff Muhammad Q. Jan hereby moves this Court for an Order: (i) consolidating the above-captioned related securities class actions currently pending before this Court: *Cameron v. Krispy Kreme, Inc.*, No. 3:25-cv-00332 (filed May 16, 2025); and *Leodler v. Krispy Kreme, Inc.*, No. 3:25-cv-00469 (filed June 30, 2025); (ii) appointing Mr. Jan as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (ii) approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1]

In support of this Motion, Mr. Jan submits herewith a Memorandum of Law and the Declaration of Robert N. Hunter, Jr.

DATED: July 15, 2025            HIGGINS BENJAMIN, PLLC
ROBERT N. HUNTER, JR. (#5679)

                                      s/ Robert N. Hunter, Jr.
                                  ROBERT N. HUNTER, JR.

301 N. Elm Street, Suite 800
Greensboro, NC 27401
Telephone: 336/275-7577
rnhunterjr@greensborolaw.com

Local Counsel for Proposed Lead Plaintiff

---

[1] Local Civil Rule 7.1(b) requires counsel to confer and attempt in good faith to "resolve areas of disagreement, or describe the timely attempts of the movant to confer with opposing counsel." Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Mr. Jan cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on July 15, 2025. Accordingly, Mr. Jan's counsel respectfully requests that compliance with the meet-and-confer requirements of LCvR 7.1(b) be waived due to the face that Mr. Jan cannot confer with unknown movants.

- 1 -

4904-9507-4645

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

4904-9507-4645

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROBERT N. HUNTER, JR.
ROBERT N. HUNTER, JR.

HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC  27401
Telephone:  336/275-7577

Email:  rnhunterjr@greensborolaw.com

4904-9507-4645

# Mailing Information for a Case 3:25-cv-00332-MOC-SCR Cameron v. Krispy Kreme, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nathan C. Chase , Jr**
  nchase@robinsonbradshaw.com,Docketing@robinsonbradshaw.com

- **Alexander C. Drylewski**
  alexander.drylewski@skadden.com,alexander-drylewski-0847@ecf.pacerpro.com

- **Robert Evans Harrington**
  rharrington@robinsonbradshaw.com,docketing@robinsonbradshaw.com,mbaucom@rbh.com,TWolfe@robinsonbradshaw.com

- **S. Ranchor Harris , III**
  ranchor@ranchorharris.com

- **Gary W. Jackson**
  gjackson@farrin.com,bculler@farrin.com,alively@farrin.com

- **Scott D. Musoff**
  Scott.Musoff@skadden.com,scott-musoff-8208@ecf.pacerpro.com

- **Garth Avery Spencer**
  gspencer@glancylaw.com,garth-spencer-0632@ecf.pacerpro.com

- **William R. Terpening**
  terpening@terpeninglaw.com,reid@terpeninglaw.com,assistant@terpeninglaw.com,brock@terpeninglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)