# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-cv-00332-MOC-SCR |

| | | |
|---|---|---|
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:25-cv-00469-MOC-DCK |

**DECLARATION OF ROBERT N. HUNTER, JR. IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4916-0296-0725

I, ROBERT N. HUNTER, JR., declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of North Carolina and this Court.  I am a member of Higgins & Benjamin, PLLC, proposed local counsel for proposed lead plaintiff Muhammad Q. Jan.

2.      I make this declaration in support of Mr. Jan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on May 16, 2025;

Exhibit B:      Mr. Jan's sworn Certification;

Exhibit C:      Mr. Jan's estimated loss, prepared by counsel; and

Exhibit D:      Mr. Jan's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2025.


                                        s/ Robert N. Hunter, Jr.
                                        ROBERT N. HUNTER, JR.


- 1 -

4916-0296-0725

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROBERT N. HUNTER, JR.
ROBERT N. HUNTER, JR.

HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC  27401
Telephone:  336/275-7577

Email:  rnhunterjr@greensborolaw.com

4916-0296-0725

# Mailing Information for a Case 3:25-cv-00332-MOC-SCR Cameron v. Krispy Kreme, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nathan C. Chase , Jr**
  nchase@robinsonbradshaw.com,Docketing@robinsonbradshaw.com

- **Alexander C. Drylewski**
  alexander.drylewski@skadden.com,alexander-drylewski-0847@ecf.pacerpro.com

- **Robert Evans Harrington**
  rharrington@robinsonbradshaw.com,docketing@robinsonbradshaw.com,mbaucom@rbh.com,TWolfe@robinsonbradshaw.com

- **S. Ranchor Harris , III**
  ranchor@ranchorharris.com

- **Gary W. Jackson**
  gjackson@farrin.com,bculler@farrin.com,alively@farrin.com

- **Scott D. Musoff**
  Scott.Musoff@skadden.com,scott-musoff-8208@ecf.pacerpro.com

- **Garth Avery Spencer**
  gspencer@glancylaw.com,garth-spencer-0632@ecf.pacerpro.com

- **William R. Terpening**
  terpening@terpeninglaw.com,reid@terpeninglaw.com,assistant@terpeninglaw.com,brock@terpeninglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)