# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr. |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No. 3:25-cv-00469-MOC-DCK |

**NOTICE OF WITHDRAWAL OF THE MOTION OF DAVID CAMERON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

On July 15, 2025, David Cameron ("Cameron") filed a motion for consolidation of related actions, appointment as lead plaintiff, and approval of counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 15, the "Motion"). Four other movants filed similar motions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Cameron does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Cameron hereby withdraws his Motion.

By this withdrawal, Cameron does not waive his rights to participate and recover as a class member in this litigation.

1

Respectfully submitted,

Dated:  July 28, 2025  /s/  *Garth Spencer*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
 CLinehan@glancylaw.com
Garth Spencer (NCSB# 60142)
 GSpencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for David Cameron*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
 FCruz@frankcruzlaw.com
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2025, I served the foregoing Notice of Withdrawal of the Motion of David Cameron for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer

3