# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:25-cv-00332-MOC-SCR |
| vs. | ) ) | |
| KRISPY KREME, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| | ) ) | |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:25-cv-00469-MOC-DCK |
| vs. | ) ) | |
| KRISPY KREME, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## MUHAMMAD Q. JAN'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS

4934-5716-5400

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Muhammad Q. Jan respectfully submits this notice concerning the pending motions for consolidation of the above-captioned related securities class actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of counsel.

On July 15, 2025, Mr. Jan filed a motion for consolidation of the related actions, appointment as lead plaintiff, and approval of lead plaintiff's selection of lead counsel pursuant to the Private Litigation Reform Act of 1995 ("PSLRA"). *See* ECF 26. Mr. Jan's counsel has reviewed the lead plaintiff motions pending before the Court and Mr. Jan does not appear to have the largest financial interest in the relief sought by the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). Jan Dujmovic claims more than $800,000 in losses – more than any other lead plaintiff movant – and appears to otherwise satisfy Rule 23's adequacy and typicality requirements. *See* ECF 13. Nevertheless, Mr. Jan remains ready, willing, and able to serve as lead plaintiff, or in any other capacity, should the Court decline to appoint the remaining movants seeking appointment as lead plaintiff.

DATED:  July 29, 2025

Respectfully submitted,

HIGGINS BENJAMIN, PLLC
ROBERT N. HUNTER, JR. (#5679)


s/ Robert N. Hunter, Jr.
ROBERT N. HUNTER, JR.

301 N. Elm Street, Suite 800
Greensboro, NC  27401
Telephone:  336/275-7577
rnhunterjr@greensborolaw.com

Local Counsel for Proposed Lead Plaintiff

- 1 -

4934-5716-5400

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEPHEN R. ASTLEY
SABRINA E. TIRABASSI
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sastley@rgrdlaw.com
stirabassi@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ ROBERT N. HUNTER, JR.
ROBERT N. HUNTER, JR.

HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC 27401
Telephone: 336/275-7577

Email: rnhunterjr@greensborolaw.com

4934-5716-5400

# Mailing Information for a Case 3:25-cv-00332-MOC-SCR Cameron v. Krispy Kreme, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nathan C. Chase , Jr**
  nchase@robinsonbradshaw.com,Docketing@robinsonbradshaw.com

- **Alexander C. Drylewski**
  alexander.drylewski@skadden.com,alexander-drylewski-0847@ecf.pacerpro.com

- **Robert Evans Harrington**
  rharrington@robinsonbradshaw.com,docketing@robinsonbradshaw.com,mbaucom@rbh.com,TWolfe@robinsonbradshaw.com

- **S. Ranchor Harris , III**
  ranchor@ranchorharris.com

- **Robert N. Hunter , Jr**
  rnhunterjr@greensborolaw.com,pjulian@greensborolaw.com

- **Gary W. Jackson**
  gjackson@farrin.com,bculler@farrin.com,alively@farrin.com,calexander@farrin.com

- **Scott D. Musoff**
  Scott.Musoff@skadden.com,scott-musoff-8208@ecf.pacerpro.com

- **Garth Avery Spencer**
  gspencer@glancylaw.com,garth-spencer-0632@ecf.pacerpro.com

- **William R. Terpening**
  terpening@terpeninglaw.com,reid@terpeninglaw.com,assistant@terpeninglaw.com,brock@terpeninglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)