UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No.: 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr.<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No.: 3:25-cv-00469-MOC-DCK<br><br>Hon. Max O. Cogburn, Jr.<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE WEST PALM BEACH POLICE PENSION FUND FOR LIMITED DISCOVERY OF JAN DUJMOVIC**

Having considered (1) the Motion of the West Palm Beach Police Pension Fund ("WPB Police") for Discovery of Jan Dujmovic pursuant to Section 21D(a)(3)(B)(iv) of the Securities Exchange Act of 1934 (the "Motion"); (2) the Memorandum of Law in Further Support of the Motion of WPB Police for Consolidation, Appointment as Lead Plaintiff, Approval of Selection of Counsel, and in Opposition to the Competing Motions; and (3) the Declaration of William R. Terpening in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. WPB Police's Motion is **GRANTED**.

2. WPB Police may conduct limited discovery of Jan Dujmovic pursuant to Section 21D(a)(3)(B)(iv) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(iv), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

3. The discovery shall be limited to: Dujmovic's use of pseudonyms and aliases, including "Jan Dvic," Profit Trade Room, and "MrProfit"; Dujmovic's investment and financial advisory and consulting services and businesses; the licensing or registration status of Dujmovic or any entity he operates; and Dujmovic's disclosure or non-disclosure of his ownership interest of socks he promoted.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
HONORABLE MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE