# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00332-MOC-SCR <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00469-MOC-DCK <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM R. TERPENING IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE WEST PALM BEACH POLICE PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, William R. Terpening, declare as follows:

1.      I am a member in good standing of the Bar of the State of North Carolina, and admitted to practice before this Court.  I am Founder and Managing Partner of the law firm of Terpening Law PLLC ("Terpening Law"), proposed Local Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Memorandum of Law in Further Support of the Motion of the West Palm Beach Police Pension Fund ("WPB Police") for Consolidation, Appointment as Lead Plaintiff, Approval of Selection of Counsel, and in Opposition to the Competing Motions.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:      Economic License Details for "PROFIT TRADE ROOM _ FZCO" issued by United Arab Emirates Ministry of Economy & Tourism;

EXHIBIT B:      United Kingdom Companies House information for "MRPROFIT LTD";

EXHIBIT C:      LinkedIn profile of "Profit Trade Room";

EXHIBIT D:      LinkedIn profile of "Jan Dvic," with the "Contact Info" window selected;

EXHIBIT E:      LinkedIn profile of "Jan Dvic";

EXHIBIT F:      "Profit Trade Room" website home page (https://profittraderoom.com);

EXHIBIT G:      Twitter profile for Profit Trade Room, reflecting Krispy Kreme common stock tips (Nasdaq: DNUT) from July 1, 2021 through August 8, 2024;

EXHIBIT H:      Twitter profile for Profit Trade Room with tweets from February 28, 2025 through July 15, 2025;

EXHIBIT I:      Profit Trade Room Website Refund Policy;

EXHIBIT J:      Profit Trade Room Website Terms of Service; and

EXHIBIT K:      Reddit thread titled, "Anyone part of Profit Trade Room chat

1

group?".

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of July, 2025.

*/s/ William R. Terpening*
William R. Terpening

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ William R. Terpening*
William R. Terpening

3