# EXHIBIT A





UNITED ARAB EMIRATES
MINISTRY OF ECONOMY & TOURISM

Home Page       About us       Services ⌄       Open Data

Contact us ⌄       FAQ       Surveys       Support ⌄

Welcome Rian ⌄     عربي 🔔 0     🔍

# Basic information ⌃

**Arabic Name**： بروفت تريد روم ـ ش م ح

**English Name**： PROFIT TRADE ROOM _ FZCO

**License Establish Date**： 2020/11/4

**License expiration**： 2025/11/3

**Emirate**： Dubai

**Licensing Authority**： Dubai Silicon Oasis

**Registration branch**： Dubai Silicon Oasis

**Legal form**： FZCO

**License status**： Active（Current）

**license number**： 4476

**Economic register number**：
2190000000000004476

**Economic register number**：
Main Branch

Privacy - Terms

Case 3:25-cv-00332-MOC-SCR     Document 36-1     Filed 07/29/25     Page 2 of 2