# EXHIBIT C

   Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Recruiter

Profit Trade Room is an unclaimed page

Only a current employee of Profit Trade Room may claim this page. Know someone who can claim this page?

Share this page ▾

Learn more



# Profit Trade Room

E-Learning Providers · New York, New York · 2-10 employees

...

**About**  Jobs  People  Insights

## Overview

Twitter: https://twitter.com/ProfitTradeRoom
Linkedin: Profit Trade Room
Email: profit@profittraderoom.com

**Website**

http://www.profittraderoom.com

**Industry**

E-Learning Providers

**Company size**

2-10 employees
1 associated member 

**Headquarters**

Case 3:25-cv-00332-MOC-SCR    Document 36-3    Filed 07/29/25    Page 2 of 5

New York, New York

**Specialties**

Trading, Alerts, Daytrading, and Swingtrading

## Locations (1)

Primary

11 Wall St, New York, New York 10005, US

Get directions 🔗



About                    Accessibility          Talent Solutions         ❓ **Questions?**           Select Language
                                                                            Visit our Help
Professional             Careers                Marketing                  Center.                    [English (English) ▾]
Community                                       Solutions
Policies

Privacy & Terms ▾        Ad Choices             Advertising                ⚙️ **Manage your
                                                                            account and
                                                                            privacy**
                                                                            Go to your Settings.
Sales Solutions          Mobile                 Small Business

Safety Center                                                              🛡️ **Recommendation
                                                                            transparency**
                                                                            Learn more about
                                                                            Recommended
                                                                            Content.

LinkedIn Corporation © 2025



Ad •••

Get inspired at Crowne Plaza.

To go places, you need to go places.

**Book Now**

## Pages people also viewed

**Sidus Space**
Defense and Space Manufacturing
8,080 followers

**+ Follow**

**SpaceX**
Aviation and Aerospace Component Manufacturing
3,416,706 followers

 Mike & 8 other connections follow this page

**+ Follow**

## People also follow

**The Brand House Collective**
Retail
590 followers



+ Follow



**United States Attorneys' Offices**

Law Enforcement

136,526 followers


Marco A. & 21 other connections follow this page

+ Follow



**Brooklyn Law School**

Higher Education

27,546 followers


Marco A. & 13 other connections follow this page

+ Follow

Show all →



See who's hiring on LinkedIn.

Case 3:25-cv-00332-MOC-SCR     Document 36-3     Filed 07/29/25     Page 5 of 5