# EXHIBIT D



Jan Dvic

### Contact Info

**Jan's Profile**

linkedin.com/in/jan-dvic-0677b4162

**Website**

profittraderoom.com (Company)

**Birthday**

April 28

Message  View in Recruiter  More

### Services

Financial Consulting • Financial Analysis • Wealth Management • Retirement Planning • Financial Planning • Financial Advisory • Personal Assistance  ...see more

Request services

Show all services →

Featured

Case 3:25-cv-00332-MOC-SCR    Document 36-4    Filed 07/29/25    Page 2 of 8



Case 3:25-cv-00332-MOC-SCR    Document 36-4    Filed 07/29/25    Page 3 of 8



## Experience

**CEO & Owner**

### Jan Dvic

#### Contact Info

**Jan's Profile**

linkedin.com/in/jan-dvic-0677b4162

**Website**

profittraderoom.com (Company)

**Birthday**

April 28

+ Follow

Show all companies →

Case 3:25-cv-00332-MOC-SCR     Document 36-4     Filed 07/29/25     Page 4 of 8

Ad •••

Your $200 in credit is waiting.

Post your job for free on Upwork.

## Jan Dvic

## Contact Info

**Jan's Profile**

linkedin.com/in/jan-dvic-0677b4162

**Website**

profittraderoom.com (Company)

**Birthday**

April 28

**MALAK HAMMAD** · 3rd
Branch Manager at Banking Industry

✈ Message

**Jerry Kezhaya** 🛡 · 2nd
Angel Investor, Business Growth Specialist, Marketing & Executive Mentor,
Speaker & Author, Multiple Business Owner. Helping Businesses Grow &...

+ Follow

**Jason Gonzales** · 3rd
Operations Management | Project Management





**The American Lawyer**
Media and Telecommunications
49,894 followers

15 connections follow this page

+ Follow

## Jan Dvic

### Contact Info

**Jan's Profile**
linkedin.com/in/jan-dvic-0677b4162

**Website**
profittraderoom.com (Company)

**Birthday**
April 28

Case 3:25-cv-00332-MOC-SCR     Document 36-4     Filed 07/29/25     Page 7 of 8

## Jan Dvic

### Contact Info

 **Jan's Profile**

linkedin.com/in/jan-dvic-0677b4162

🔗 **Website**

profittraderoom.com (Company)

📅 **Birthday**

April 28

Case 3:25-cv-00332-MOC-SCR    Document 36-4    Filed 07/29/25    Page 8 of 8