# EXHIBIT E

   **Home**  **My Network**  **Jobs**  **Messaging**  **20 Notifications**  **Me ▼**  **For Business ▼**  **Recruiter**



# Jan Dvic · 3rd

CEO & Owner at Profit Trade Room

Profit Trade Room

New York, New York, United States · **Contact info**

👉 **Join FREE Trial here!** 👈 🔗

283 connections

**✈ Message**   **View in Recruiter**   **More**

## Services

**Financial Consulting • Financial Analysis • Wealth Management • Retirement Planning • Financial Planning • Financial Advisory • Personal Assistance • Custom...**

**Request services**

**Show all services →**

Case 3:25-cv-00332-MOC-SCR    Document 36-5    Filed 07/29/25    Page 2 of 8

## Featured

Post



Chart with buy alerts, c
member messages, eve
was happening for a Big

We keep trading the bi
of the day for the entire

👍 1

## Activity
314 followers

**Posts**   Comments   Videos   Images

**Jan Dvic** • 3rd+                    • • •
CEO & Owner at Profit Trade Room
1d • 🌐

$3.31 to $19.25 in minutes 🚀 but without a safe
trade setup ❌ #CYCC
Too unstable to trade early while end of day  ...more

**Jan Dvic** • 3rd+
CEO & Owner at P
1d • 🌐

How expensive is #NVDA

❗You're paying $40 today



Case 3:25-cv-00332-MOC-SCR    Document 36-5    Filed 07/29/25    Page 3 of 8



Show all posts →

## Experience

**CEO & Owner**
Profit Trade Room

## Interests

**Companies**     Groups

**J.P. Morgan**
4,792,635 followers

＋ Follow

**Goldman Sachs**
4,924,093 followers

＋ Follow

Show all companies →

Ad •••

Use smarter segmentation to find hidden revenue
and drive sales.



See up to 141% more revenue with AI-
built segments

Sign Up

## More profiles for you



**Larry Malott** · 3rd

CEO Vitreo Retina Associates

⟁ Message

---



**Wendy Gray** 🛡 · 3rd

Master in Professional Counseling

⟁ Message

---



**Doug Sutton** in · 3rd

Founder, Conscious Growth® | Strategic Advisor | AI, Healthcare &
Sustainability Advocate

⟁ Message

---



**Rodney Jones Sr. MBA, MA** 🛡 · 3rd

Chief Executive Officer, National Capital Resources, LLC - SEC Licensed
Principle Advisor, MSRB Registered

⟁ Message

---



**Jerry Kezhaya** 🛡 · 2nd

Case 3:25-cv-00332-MOC-SCR    Document 36-5    Filed 07/29/25    Page 5 of 8

Angel Investor, Business Growth Specialist, Marketing & Executive Mentor, Speaker & Author, Multiple Business Owner. Helping Businesses Grow &...

+ Follow

Show all

**People you may know**



Larry Silvestro ✅

Senior Litigation/ADR Paralegal, Labaton Keller

👤+ Connect



Robert Wilson ✅

SEC Whistleblower Advocates

👤+ Connect



Derick Cividini ✅

Securities and Corporate Governance Attorney

👤+ Connect



Thomas Dubbs ✅

Senior Partner at Labaton Sucharow LLP

👤+ Connect



Kyla Grant

Director at Saxena White

👤+ Connect

Show all

**You might like**

Pages for you

Case 3:25-cv-00332-MOC-SCR     Document 36-5     Filed 07/29/25     Page 6 of 8



Case 3:25-cv-00332-MOC-SCR    Document 36-5    Filed 07/29/25    Page 8 of 8