# EXHIBIT F



Testimonials  Why Us  Case Study  Pricing  Download  Affiliate  Contact  My Account

# Welcome to the Profit Trade Room!

# Get inside our real-time chat room community with over 500 active daily members!

## Get Access to a FREE 3-Day Trial!

(3 business days)

Register for instructions to enter the trading room with your e-mail

Email Address

✔ Sign Up

Case 3:25-cv-00332-MOC-SCR  Document 36-6  Filed 07/29/25  Page 2 of 15



Receive info, news, ideas, tips, and alerts to improve your results by following proven strategies!

If you don't receive email from us immediately, try using gmail address instead.

## See How It Works

Stocks as seen on:

# Trading community with the most testimonials! Over 1,000 and counting!

———

Don't fall for fake testimonials in quotation marks on websites. What you see here are real testimonials from real people which became real members!

# Live Chat Room Community!

———

Our exclusive chat room is full of experts who are eager and willing to share their knowledge and expertise with the rest of our members.

No need to study markets on your own, you can learn inside our chat room daily and grow your knowledge to

Case 3:25-cv-00332-MOC-SCR    Document 36-6    Filed 07/29/25    Page 3 of 15



ultimate goal which is self-sufficiency!

Members get **Daily Watch List + Newsletter + 24/7 Access + Top Stocks** to keep eyes on. All mentioned in chat room multiple times throughout the day along with Watch List before 9:30am EST!

**LEARN MORE**

Case 3:25-cv-00332-MOC-SCR    Document 36-6    Filed 07/29/25    Page 4 of 15



# Why is Profit Trade Room the best?

Owner and founder of Profit Trade Room "Mr. Profit" developed and perfected high winning percentage strategy over nearly 2 decades of trading by strictly focusing only on the safest opportunities of the day with minimum downside.

Sharing his **ahead of time** plan on each trade live in chat room gives members a huge advantage because everyone knows exactly what's his buy price, sell price, stop price and the reason behind it.

Mr. Profit puts in hours of research and analysis each day to find and share the safest opportunities in the market. Members can receive live info in multiple convenient ways: inside chat room + email + mobile app + SMS

Additional comments are shared in chat room community as well as questions answered, explanations given, etc.

Whether you have a full-time job with limited time, are at home with more flexibility, or fall somewhere in between,

Case 3:25-cv-00332-MOC-SCR      Document 36-6      Filed 07/29/25      Page 5 of 15

our strategies are designed to fit various lifestyles and
schedules.



### NEARLY 2 DECADES OF EXPERIENCE

Nearly 2 decades of hard work, lessons and knowledge shared in chat community daily!



### AVERAGE 5 TRADES PER DAY

3-5 trades per day focusing only on A+ trading setups – "sniper shots".
With safe & tight stop loss placed near the entry for protection.



### AFFORDABLE STOCKS

Focus on stocks valued at $1 to $50 per share, which trade in large volumes over 100 million shares per day for max safety.



### CONSISTENT DAILY RESULTS

Daily recap with details is shared in chat room after 4pm EST each day. Weekly



### SAVE MONEY

Discuss helpful resources and tools which are used by other members every day, what works, what really makes the difference, get honest reviews so you don't



### GUIDANCE

Guidance by experienced individuals is very important to produce good results on daily basis!

Case 3:25-cv-00332-MOC-SCR     Document 36-6     Filed 07/29/25     Page 6 of 15

newsletter which is also showing charts with details is sent out end of each week.

have to spend time and money buying bad products out there!

# Case Study: +677.0% in 3 Weeks!

This is trading account statement from a member showing +$12,149.53 total net profit made in about 3 weeks after starting with only $1,794 account balance.

Being able to look over the shoulder of experienced traders, get guidance by seeing exactly what they're buying, when and where, as well as when and where they're selling with their **personal trade plan** fully laid out before they even enter a trade is very important when trying to produce good results on daily basis.

Direct access to experienced individuals anytime during the day at crucial moments is priceless! It can be done through private 1-on-1 support or through chat room community.

| Equity Change | | | |
|---|---|---|---|
| 10/28 | USD | 1,794.38 | 0.00 |
| 10/31 | USD | 5,509.49 | 3,715.11 |
| 11/01 | USD | 5,908.82 | 399.32 |
| 11/02 | USD | 6,008.45 | 99.64 |
| 11/03 | USD | 6,071.72 | 63.26 |
| 11/04 | USD | 5,828.21 | (243.51) |
| 11/07 | USD | 6,064.20 | 235.99 |
| 11/08 | USD | 6,519.37 | 455.17 |
| 11/09 | USD | 6,728.39 | 209.02 |
| 11/10 | USD | 7,065.91 | 337.52 |
| 11/11 | USD | 7,214.68 | 148.77 |
| 11/14 | USD | 8,336.37 | 1,121.70 |
| 11/15 | USD | 9,797.93 | 1,461.56 |
| 11/16 | USD | 11,778.41 | 1,980.48 |
| 11/17 | USD | 13,283.66 | 1,505.25 |
| 11/18 | USD | 13,943.91 | 660.25 |
| **TOTAL** | | | **12,149.53** |

Case 3:25-cv-00332-MOC-SCR    Document 36-6    Filed 07/29/25    Page 7 of 15

No paid scanning tool can beat the power of our chat room community with 500 active members actively watching different parts of the market and commenting on the movements, opportunities and ideas live as they're happening.

Thanks to our chat room system and our own custom-made app you don't have to sit infront of computer whole day to get live notifications because details on market opportunities can come directly to your phone as well!

*Results vary depending on overall market circumstances. There might be weeks of substantial gains and there might be weeks of modest results. We suggest trading for a longer period to get realistic averages instead of trying to pick just one best period in a year to trade. More info in "terms of service".

JOIN NOW

# Trading Room Plans

Chat Room & Alerts work on all devices!

Case 3:25-cv-00332-MOC-SCR    Document 36-6    Filed 07/29/25    Page 8 of 15



## MOST POPULAR

## GOLD

GET 100%, MAX YOUR GAINS

## SILVER ⓘ

**SAVE 25%!**

## DAY TRADES & SWING PICKS

$744.00 / month

$294.00 /

| | | |
|---|---|---|
| | **SIGN UP NOW** | month **SIGN UP NOW** |
| DAY TRADES | $497.00 / month **SIGN UP NOW** | $197.00 / month **SIGN UP NOW** |
| SWING PICKS | $497.00 / month **SIGN UP NOW** | $197.00 / month **SIGN UP NOW** |

# Plan Descriptions

With GOLD plans you get priority responses to any questions in private 1-on-1, live help, stock/trade analysis, in-depth explanations, advanced strategies and insights.

# Day Trades

✔ Direct Chat Room Access

✔ Direct Alert Room Access

# Swing Picks

✔ Separated from DayTrading

Case 3:25-cv-00332-MOC-SCR     Document 36-6     Filed 07/29/25     Page 10 of 15

- ✔ Our own custom made APP & Software
- ✔ Easy to follow Alerts: One entry, One exit
- ✔ Full trade plan Ahead Of Time!
- ✔ Pre-Market Watchlist
- ✔ Low risk trades
- ✔ Non-stop Top stock scanning
- ✔ Questions answered Live
- ✔ ChatRoom OPEN 24/7
- ✔ Mobile device & all other devices Access
- ✔ Educational Video Lessons
- ✔ Top winning rate in the industry: above 80%
- ✔ Trade ideas
- ✔ Community Support
- ✔ 1-on-1 Private Support
- ✔ Access to full history of past trades
- ✔ Analysis of stocks you mention
- ✔ New Alerts Daily
- ✔ No minimum starting amount needed

- ✔ Swing Picks via Email with Full trade plan (entry price, exit price, time period, updates, etc)
- ✔ Generate returns with minimal time input each week
- ✔ Low risk, Big reward trades (tight stop loss, wide take profit plan)
- ✔ Potential for significant returns (varying with market conditions)
- ✔ Minimum 1 Swing Pick per week
- ✔ Swing Picks range: usually $1 to $30
- ✔ Average hold time: usually a few days
- ✔ Simple to follow Alerts, Exact prices: One entry, One exit
- ✔ High win rate
- ✔ 1-on-1 Private Support
- ✔ No minimum starting amount needed
- ✔ Access to full history of past trades

Case 3:25-cv-00332-MOC-SCR    Document 36-6    Filed 07/29/25    Page 11 of 15

# Day Trades Testimonials



# Swing Picks Testimonials





☆ B G

United States

Mr. P, so I have been trading a few days with you guys, and I ha[ve]
you are definitely the REAL DEAL! When I have followed your ca[ll]
made some good money. When I break off and get creative… w[ell]
just say your trades have erased some of my sins. So with all th[is]
all in with you and your system. I'd like to sign up for both the [pick]
room and the swing trade room, if you could add me to that o[ne]
Please advise the next step!

And thank you very much for offering your services and advice.
excited to learn more about trading and make some money wit[h]

Case 3:25-cv-00332-MOC-SCR     Document 36-6     Filed 07/29/25     Page 13 of 15

# Download

Chat Room & Alerts work on all devices!

## Web App

TELEGRAM WEB

## Desktop Apps

WINDOWS APP          MACOS APP          LINUX APP

## Mobile Apps





Case 3:25-cv-00332-MOC-SCR     Document 36-6     Filed 07/29/25     Page 14 of 15



## Quick Links

Testimonials                    Why Us

Case Study                    Pricing

Download                    Affiliate

Contact                    My Account

📍 Profit Trade Room LLC
International Free Zone Authority
P.O. Box 7800

📞 +1 718 285 7977

✉ profit@profittraderoom.com

© Copyright © 2025 Profit Trade Room. All Rights Reserved. Privacy Policy | Refund Policy | Terms of Service |

  

The content on this website is for informational and educational purposes only and does not constitute investment, financial, or trading advice. Past performance is not indicative of future results. Performance results are based on historical data.

Trading stocks involves substantial risk and may not be suitable for all investors. You are responsible for your own investment decisions. Please only trade with funds you can afford to lose. No guarantee of any specific results or returns.

Testimonials are individual experiences and do not guarantee future performance. Results vary and may not be typical. Markets are unpredictable, and all trading decisions are made at your own risk.

We are not registered or licensed financial advisors or brokers. Our alerts are based on our personal trading strategies and experience.