# EXHIBIT G

(dnut OR kreme) (from:ProfitTradeRoom)

Top          Latest          People          Media          Lists

**Profit Trade Room** ✓ @ProfitTradeRoom · Aug 8, 2024
Updated hot stock list right now:
$APPS $OGEN **$DNUT** $ADTX $INDO



THE STREETS IS WATCHIN...

⏸ GIF

💬          🔁          ♡ 3          📊 1.1K          🔖 ⬆️

**Profit Trade Room** ✓ @ProfitTradeRoom · May 9, 2024
Premarket stocks 📈 📉
$CPOP +118%
$TAOP +47%
$IVP +31%
$DNUT +5%

💬          🔁          ♡ 1          📊 1K          🔖 ⬆️

## Search filters

### People
From anyone ✓
People you follow ○

### Location
Anywhere ✓
Near you

Case 3:25-cv-00332-MOC-SCR     Document 36-7     Filed 07/29/25     Page 2 of 5

**Profit Trade Room** ✔ @ProfitTradeRoom · Apr 5, 2024

Premarket stocks 📈📉

$GCTS +105%
$MDIA +62%
$HUBC +46%
$FAAS +45%
$TARA +19%
$XXII +18%
$CADL +14%
$DNUT +5%

💬 1   🔁   ♡ 2   📊 1K   🔖 ⬆️

**Profit Trade Room** ✔ @ProfitTradeRoom · Mar 26, 2024

Premarket stocks 📈📉

$OPGN +92%
$STOK +74%
$ABVC +53%
$MESO +33%
$CHEK +32%
$DJT +23%
$VKTX +18%
$DNUT +17%
$XTLB +17%
$RDDT +12%

💬   🔁   ♡ 2   📊 1K   🔖 ⬆️

**Profit Trade Room** ✔ @ProfitTradeRoom · Aug 19, 2021

🔥HOT🔥 stocks today
$SONN $SNOA $GOCO $DLO $TSP $ENSC $NLSP $PXLW $NVIV $DATS $M $CLEU $DNUT $YY $PXLW $BBWI $INOV

💬   🔁   ♡ 1   📊   🔖 ⬆️

**Profit Trade Room** ✔ @ProfitTradeRoom · Jul 1, 2021

Dunkin' Donuts $DNKN got acquired and is off the market so people jumping into Krispy **Kreme** $DNUT at $20 because maybe someday buyout happens too 🧑‍💻

💬 3   🔁   ♡   🔖 ⬆️



### What's happening

Politics · Trending
**Real MAGA**
11.9K posts

Entertainment · Trending
**Pedro Pascal**
22.9K posts

Politics · Trending
**Oval Office**
18.7K posts

Show more

### Who to follow

Owen Gregorian ✔
@OwenGregorian     Follow

Vinay Hiremath ✔
@vhmth     Follow

Grok ✔ 🅧
@grok     Follow

Show more

Terms of Service | Privacy Policy | Cookie Policy
More ··· © 2025 X Corp.







































