# EXHIBIT H




Follow

# Profit Trade Room

@ProfitTradeRoom

Self-made Millionaire trader, 2 Decades experience 🚨 Real-time Buy & Sell Alerts 💬 Live Chat Room 👇 DM or Join FREE Trial at link

View more

Visit website to start Trial! profittraderoom.com Joined January 2015

3,125 Following 30K Followers

Not followed by anyone you're following

Posts Replies Highlights Media

Pinned

**Profit Trade Room** @ProfitTradeRoom · Feb 20, 2017

Join BEST Team in #StockMarket❗
Make monthly what they can't make yearly! 💰

Try it out Free 💯
All alerts given AHEAD of time with Full Plan!




150 48 291

**Profit Trade Room** @ProfitTradeRoom · 9h

Hottest stocks this morning 🔥
$NUWE +148%
$QLGN +95%
$VCIG +47%
$BNRG +45%
$GAME +41%
$DTST +30%
$PEW +30%
$CTOR +29%

7 658

**Profit Trade Room** @ProfitTradeRoom · Jul 15

$3.31 to $19.25 in minutes 🚀 but without a safe trade setup ❌ $CYCC
Too unstable to trade early while end of day there was a chance for power squeeze but even on 60M+ volume, tiny float and huge borrow fee they were able to reverse it so safe stop had to be respected ✔




12 1 5 1.2K

**Profit Trade Room** @ProfitTradeRoom · Jul 15

Let's get this money 💸
$XAGE +151%
$KAPA +118%
$CYCC +43%
$GRO +42%
$PLRZ +33%
$IBG +18%
$PROK +13%

2 5 1K

**Profit Trade Room** @ProfitTradeRoom · Jul 15

How expensive is $NVDA today?

❗ You're paying $40 today for $1 of next year's earnings

That's what Nvidia's forward P/E 40x means at current $172 per share

AI might be the future but you're prepaying for it like it's 2060 😨




1 2 642

## Who to follow

**Profit.ly** @profitly — Follow
Join 200,000+ traders strong! Get wiser, better and more profitable with our community & lessons.

**Maria Chaudhry** @mchaudhry82 — Follow
Options Scalper 🔸 Swing Trader 🔸 Posts Are NOT Trade Recommendations 🔸 #BlackBoxStocks 🔸 Save 20% Off Your 1st Month: staygreen.blackboxstocks.com/SH4I ⬛❤️

**DekmarTrades via TradeCaster** @DekmarTrades — Follow
The only Trader to stream their Live Trading in real time while showing their P/L! Join over 3,000 traders who watch me trade daily! Lets Trade Together!

Show more

**Profit Trade Room** @ProfitTradeRoom · Jul 14

Starting week with hot list of top stocks 🔥
$DARE +280%
$SONN +158%
$SDST +156%
$SQFT +115%
$MGRM +70%
$OP +66%
$YHC +33%
$BTCM +29%
$VSEE +25%

2 844

**Profit Trade Room** @ProfitTradeRoom · Jul 13

AGAIN💥$7.73 to $76.00 in 1 day 🚀 another 800% runner $INKT such massive moves became a daily thing these days? 😲

Can't wait to see new one in the morning!




2 2 1.1K

**Profit Trade Room** @ProfitTradeRoom · Jul 12

1,100% in 2 days 🔥 $4.40 reached from $0.36 $ABVE on another massive volume day again 285 million shares traded




**Profit Trade Room** @ProfitTradeRoom · Jul 10
WOW❗ 808% today from $0.36 to $3.27 🚀 on huge 400 million shares traded, that's more than $NVDA $TSLA $AAPL and $AMZN combined! 😳

$ABVE picture perfect after hours squeeze

1 1.3K

**Profit Trade Room** @ProfitTradeRoom · Jul 11

Best stocks on Fresh Cash Friday 🤑
$INKT +200%
$SGN +161%
$ABVE +136%
$FTFT +62%
$HOLO +54%
$LMFA +21%

1 795

**Profit Trade Room** @ProfitTradeRoom · Jul 10

WOW❗ 808% today from $0.36 to $3.27 🚀 on huge 400 million shares traded, that's more than $NVDA $TSLA $AAPL and $AMZN combined! 😳

$ABVE picture perfect after hours squeeze




4 2 7 3.3K

**Profit Trade Room** @ProfitTradeRoom · Jul 10

Hottest stocks this morning 🔥
$DALN +208%
$BTCM +156%
$SAFX +144%
$CGTX +96%
$NTHI +75%
$MP +62%
$STKH +55%
$AIRI +29%
$PROK +16%

1 1 2 813

**Profit Trade Room** @ProfitTradeRoom · Jul 9

Stocks with most power today 🔥
$CLDI +170%
$SUGP +136%
$EVOK +132%
$SCAG +102%
$BMGL +77%
$PROK +51%
$SOBR +45%
$KZIA +39%
$MBIO +27%
$KIDZ +25%
$GAME +22%

6 2 807

**Profit Trade Room** @ProfitTradeRoom · Jul 9

💥BIG 810% in 1 day 🚀 $0.60 to $5.46 there were almost more halts than candlesticks that's how wildly it traded $PROK

Other active stocks: $SCAG $BTCS $SRFM $BMGL $WOLF




2 2 935

**Profit Trade Room** @ProfitTradeRoom · Jul 8

Hottest stocks this morning 🔥
$NDRA +174%
$PROK +89%
$WOLF +46%
$VIOT +34%
$SQNS +27%
$OCC +24%
$BSLK +23%
$ZVSA +22%
$LSB +21%
$VOR +17%

7 2 700

**Profit Trade Room** @ProfitTradeRoom · Jul 8

$0.16 risk for $2.14/share gain 🚀 1:13 trade ✅ and we still have space to our max target 🎯 $VOR swing pick












Search

## You might like

**Profit.ly** @profitly — Follow
**Nathan Michaud** @InvestorsLive — Follow
**TradeHawk** @TradeHawk — Follow

Show more

## What's happening

Politics · Trending
**Maurene Comey**
4,212 posts

Trending in United States
**High Fructose Corn Syrup**
2,730 posts

Trending in United States
**ESPYs**
2,227 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy | More ··· © 2025 X Corp.

[illegible]




[illegible]




[illegible]




[illegible]




[illegible]

**Profit Trade Room** @ProfitTradeRoom · Jun 29
🔥 +266% in ONE DAY from $1.30 to $4.76 🚀

Spotted the setup early, but our official safety criteria checklist wasn't all green due to price action until later when it was too late $RCT

Sometimes discipline keeps you out early on even when the move goes wild




2 · 1 · 1K

**Profit Trade Room** @ProfitTradeRoom · Jun 27
Fresh Cash Friday strongest stocks in the market 👀
$LCFY +330%
$BBLG +77%
$INMB +53%
$CYN +51%
$NAOV +25%
$GCTK +22%
$CNVS +15%
$NKE +11%

2 · 4 · 907

**Profit Trade Room** @ProfitTradeRoom · Jun 26
🔥 $5 to $32 vertical over 500% since market open $CYN on news mentioning $NVDA




3 · 3 · 805

**Profit Trade Room** @ProfitTradeRoom · Jun 26
Hottest stocks this morning 🔥
$CYN +213%
$ASTI +152%
$VOR +102%
$KWE +20%
$SRFM +16%

1 · 855

**Profit Trade Room** @ProfitTradeRoom · Jun 25
Ready for a new day, please bring another doubler like $EYEN or $SRFM yesterday which were the only 2 trades we've made and 2 nice wins🙏

Premarket 👀
$PSTV +128%
$ULY +102%
$SONM +62%
$GCTK +48%
$QS +42%
$PRTG +23%
$IBO +19%
$BLNE +17%
$DTIL +16%
$SRFM +15%




2 · 2 · 940

**Profit Trade Room** @ProfitTradeRoom · Jun 24
Hottest stocks in the market this morning 🔥
$NA +172%
$NKTR +130%
$INM +69%
$ONMD +66%
$IBIO +41%
$TRIB +40%

1 · 894

**Profit Trade Room** @ProfitTradeRoom · Jun 24
500% in a day banger 🚀Please bring another stock like this today $0.32 to $1.95 $IBO

In and out at safest levels, no holding and hoping, then we move on to the next stock and keep repeating until too much money is made 🤑




5 · 1.2K

**Profit Trade Room** @ProfitTradeRoom · Jun 23
Hottest stocks at the start of the week 👀
$IBO +181%
$ECDA +123%
$INDP +112%
$OP +49%
$RBNE +28%
$VSEE +27%
$TMDE +26%
$HCAI +23%
$INDO +18%

1 · 877

**Profit Trade Room** @ProfitTradeRoom · Jun 21
🔥 +177% in last hour $1.33 to $3.69 This is what I mean when I say Power Hour 🚀

The move triggered exactly at 15:00 and went into power vertical

TOTAL Week: +86.5% realized gain 💯
Monday: +44.0% ✅
Tuesday: +17.8% ✅
Wednesday: +10.3% ✅
Thursday: Holiday ⏸️
Friday: +14.4%
Show more




2 · 1 · 835

**Profit Trade Room** @ProfitTradeRoom · Jun 20
Fresh Cash Friday watchlist 👀
$WHLR +153%
$DFLI +69%
$MITQ +63%
$NTCL +43%
$BIYA +37%
$LUCY +23%
$AIFF +22%
$KWE +20%
$JFBR +18%
$SRM +12%

1 · 2 · 984

**Profit Trade Room** @ProfitTradeRoom · Jun 19
💬Got here on Thursday last week, ALL WINNER! Thanks Mr.P

🚀 We're at +72% total profit in past 3 days since the week started.

On 5 trades alone ⚠️

Congrats! More to come 📈

Happy Juneteenth




> **Profit Trade Room** @ProfitTradeRoom · Jun 18
> 
> Another Banger 💥 $2.82 to $13.10 catching just a piece of the move pays a lot when the total move is 364% on the day 🔥 $APVO
>
> $kwe $nwgl $whlr $tmc $ma $v $crcl

1 · 1 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · Jun 18
Another Banger 💥 $2.82 to $13.10 catching just a piece of the move pays a lot when the total move is 364% on the day 🔥 $APVO

$kwe $nwgl $whlr $tmc $ma $v $crcl




4 · 1 · 5 · 2.4K

**Profit Trade Room** @ProfitTradeRoom · Jun 18
Weekly salary in 2 min 🤑 $APVO




5 · 1 · 864

**Profit Trade Room** @ProfitTradeRoom · Jun 18
Ready for a new trading day 📈🚀

$RYDE +201%
$PTLE +162%
$APVO +136%
$LGHL +79%
$LSE +77%
$RELI +50%
$BDRX +48%
$SAFX +42%
$TPET +28%





Profit Trade Room @ProfitTradeRoom · Jun 17




Profit Trade Room @ProfitTradeRoom



Profit Trade Room @ProfitTradeRoom




Profit Trade Room @ProfitTradeRoom

Profit Trade Room @ProfitTradeRoom




Profit Trade Room @ProfitTradeRoom




Profit Trade Room @ProfitTradeRoom

Profit Trade Room @ProfitTradeRoom

Monday: +31.3% ✅
Tuesday: -11.2% ❌
Wednesday: +10.9% ✅
Thursday: +5.8% ✅
Friday: +21.4% ✅

Ready for a new week 💪🏻

$RBNE $TMDE $USEG $OP $NINE $HUSA $CRML




Profit Trade Room @ProfitTradeRoom · Jun 15
💬 2nd day here, made my monthly subscription already 👏🏻

4 | 1.8K

Profit Trade Room @ProfitTradeRoom · Jun 15
💬 2nd day here, made my monthly subscription already 👏🏻




5 | 1 | 1 | 2.5K

Profit Trade Room @ProfitTradeRoom · Jun 13
Strongest stocks on Friday the 13th 🐈‍⬛
$RBNE +220%
$USEG +88%
$HUSA +81%
$TMDE +79%
$ICON +73%
$INDO +36%
$PRZO +23%
$TPET +22%

5 | 1 | 994

Profit Trade Room @ProfitTradeRoom · Jun 12
Strongest stock of the day with 3 Buy Alerts ✅ $CGTL
1st and 3rd alert paid for the whole day, including 2nd which was cut quick at $1.70




5 | 2 | 790

Profit Trade Room @ProfitTradeRoom · Jun 12
The stocks with most power this morning 🔥
$NEHC +102%
$SOAR +58%
$CGTL +45%
$KLTO +41%
$CVAC +32%
$RSLS +29%

4 | 849

Profit Trade Room @ProfitTradeRoom · Jun 11
It's 2025 and $GME CEO still haven't stopped crashing his own stock with offerings 🤦🏻‍♂️

This stock will never be able to rise as long as he's CEO. Been saying that for years.

6 | 2 | 983

Profit Trade Room @ProfitTradeRoom · Jun 11
Just crazy 🤯 $XTIA in minutes



5 | 3 | 2K

Profit Trade Room @ProfitTradeRoom · Jun 11
Strongest charts in stock market today 💪🏻
$VTAK +253%
$KZIA +110%
$HSDT +97%
$VXRT +46%
$NAOV +41%
$INEO +40%
$KBSX +37%
$CNET +26%
$BMR +13%

3 | 1 | 835

Profit Trade Room @ProfitTradeRoom · Jun 10
Hottest stocks this morning 🔥
$CARM +248%
$EVGN +92%
$MEGL +81%
$WINT +76%
$MRIN +52%
$KLTO +45%
$GELS +30%
$ZENA +15%

3 | 1 | 893

Profit Trade Room @ProfitTradeRoom · Jun 10
WOW 🤯 1,505% from $0.20 to $3.21 on massive 1+ Billion shares traded 🚀 $KLTO

2 Buy Alerts for our team members to get paid nicely ✅

This will trigger more runners, premarket already got movers $MEGL, $MRIN, $EVGN




2 | 1 | 1K

Profit Trade Room @ProfitTradeRoom · Jun 9
🔥 BIG 441% Monday from $0.60 to $3.25
Easiest money made today was on $OMH buy before halt, then once it came out of halt it was just gapped up into 💸💸💸




3 | 2 | 845

Profit Trade Room @ProfitTradeRoom · Jun 9
$1.50 on Friday, $5.00 this morning! 🚀 $KNW

Friday's biggest gainer also biggest gainer this morning 🔥




Profit Trade Room @ProfitTradeRoom · Jun 6
TOTAL gain this week: +78.8% realized 💪
Monday: +31.7% ✅
Tuesday: +12.5% ✅
Wednesday: +5.3% ✅...

2 | 3 | 1.7K

Profit Trade Room @ProfitTradeRoom · Jun 9
Hottest stocks to start the week 🔥
$KNW +121%
$KLTO +188%
$OMH +58%
$CTOR +32%
$SOGP +32%
$ELAB +30%
$PYPD +21%
$NCL +20%

1 | 1K

Profit Trade Room @ProfitTradeRoom · Jun 6
TOTAL gain this week: +78.8% realized 💪

Monday: +31.7% ✅
Tuesday: +12.5% ✅
Wednesday: +5.3% ✅
Thursday: +9.4% ✅
Friday: +19.9% ✅

$KNW biggest gainer of the day 💰

Not letting emotions take over, keep following our strategy, trading like a robot and letting the stats work
Show more




3 | 1 | 1 | 2.5K

Profit Trade Room @ProfitTradeRoom · Jun 6
Fresh Cash Friday hot stock list 🔥
$KNW +217%
$VERO +70%

[illegible]



[illegible]



[illegible]



[illegible]



[illegible]



[illegible]




Profit Trade Room @ProfitTradeRoom · Jun 2
June is starting on fire 🔥
$LYRA +560%
$OGEN +162%
$INM +158%
$BNAI +57%
$BMGL +39%
$PSTV +36%
$IMCC +28%
$CLF +27%
$NIVF +23%
$APLD +20%

3 3 887

Profit Trade Room @ProfitTradeRoom · Jun 2
💬 "170% profit in 4 days"
💬 "best week"

Monday: Holiday ⏸
Tuesday: +17.7% ✅
Wednesday: +86.7% ✅
Thursday: +4.6% ✅
Friday: +40.4% ✅

TOTAL week: +149.4% 🏆
TOTAL May: +426.3% 🏆

Percentages are per traded position so if you're putting $1,000 into each trade the profit
Show more




4 1 613

Profit Trade Room @ProfitTradeRoom · Jun 2
$1 to $10 the squeeze continues 🚀 $BMGL




Profit Trade Room @ProfitTradeRoom · May 30
265% 🚀 $1 to $3.80+ or 265% vertical on $BMGL today
Warned chat about huge buy blocks in mid $2's with Buy Alert following soon that paid whole team nicely 🤑...

4 1.6K

Profit Trade Room @ProfitTradeRoom · May 30
🚀 $1 to $3.80+ or 265% vertical on $BMGL today

Warned chat about huge buy blocks in mid $2's with Buy Alert following soon that paid whole team nicely 🤑

Fresh Cash Friday ✅




6 1 1 3.1K

Profit Trade Room @ProfitTradeRoom · Jun 1
🚀 Chart doubled further after my post $3 to $7 into powerful vertical

👏 Congrats if you got a piece after my post if not sooner, let's see how it trades tomorrow morning $BMGL




1 1 532

Profit Trade Room @ProfitTradeRoom · May 30
Replying to @ProfitTradeRoom
🔥 New highs over +400% on the day $1 to $5.40 $BMGL

509

Profit Trade Room @ProfitTradeRoom · May 30
Happy Fresh Cash Friday 💰
$BURU +133%
$BSLK +73%
$BLRX +69%
$VIVK +49%
$ECDA +48%
$RRGB +35%
$SBET +30%
$SPRO +13%
$TIRX +12%

3 801

Profit Trade Room @ProfitTradeRoom · May 29
Hottest stocks this morning 📈📉
$ALZN +147%
$ZEO +77%
$NAOV +47%
$SLXN +34%
$BOSC +31%
$VCIG +27%
$HTCR +26%
$PLRZ +25%
$IMNN +18%

6 4 989

Profit Trade Room @ProfitTradeRoom · May 28
HUGE 🚀 +113% gain made in 40 minues with Double Buy Alert from $0.70 to Take Profit Alert at $1.10 🎯

Awesome end of the day with $ASBP after bumpy start of the day not taking profit on $SGN on time




5 2 1K

Profit Trade Room @ProfitTradeRoom · May 29
Take Profit Alert at $1.10 afer hours was perfect on a double buy 👌 it's back down to $0.70 this morning $ASBP

427

Profit Trade Room @ProfitTradeRoom · May 28
Top stocks this morning 👀
$SGN +265%
$SPRO +234%
$ASBP +110%
$SGBX +117%
$LVWR +56%
$BROG +47%
$ITOS +28%
$ANF +28%

3 742

Profit Trade Room @ProfitTradeRoom · May 27
POWER ⚡ $1 to $4.58 or +353% upside today 🚀 $LVWR

Morning Buy Alert sent out with additional chat messages and importance of $2 support for after hours squeeze of shortsellers trapped ✅

$IMNN wasn't far from similar move as well
$BBAI $SBET and $FAAS had power volume




4 1 2 1.1K

Profit Trade Room @ProfitTradeRoom · May 27
Hottest stocks today 📈📉
$SBET +243%
$WORX +86%
$FAAS +71%
$DEVS +28%
$ETWO +26%
$HOLO +20%
$JTAI +20%
$DJT +9%

2 904

Profit Trade Room @ProfitTradeRoom · May 23
Happy Fresh Cash Friday 🤑
$IMNN +224%
$BLMZ +88%
$INEO +38%
$LTRY +18%
$LITM +16%
$UVIX +15%

2 1 984

Profit Trade Room @ProfitTradeRoom · May 22
New highs $ASST nearing $12 🚀

Profit Trade Room @ProfitTradeRoom · May 21
🔥 +80% in 3 days ✅ $6 to $11 Swing Pick sent out to member's emails on Friday with $6 buy $ASST

This morning it reached $10.91 for a mega win in just 3 days
...




2 · 1 · 2 · 1K

Profit Trade Room @ProfitTradeRoom · May 22
Top stocks this morning 🔝
$NVTS +164%
$XAGE +58%
$BDRX +46%
$BON +37%
$KIDZ +31%
$MLGO +20%

3 · 861

Profit Trade Room @ProfitTradeRoom · May 21
🔥 +80% in 3 days ✅ $6 to $11 Swing Pick sent out to member's emails on Friday with $6 buy $ASST

This morning it reached $10.91 for a mega win in just 3 days

New swing pick will be sent tomorrow of Friday 🚀

$nvda $tsla $spy $qqq $pltr $ltry $kdly $mlgo $edbl




5 · 1 · 3 · 1.9K

Profit Trade Room @ProfitTradeRoom · May 21
rugpull.exe

3 · 2 · 645

Profit Trade Room @ProfitTradeRoom · May 21
$GPUS just said Hold my beer bro $5 to $8 ⚡



3 · 1 · 757

Profit Trade Room @ProfitTradeRoom · May 21
Hottest stocks this morning 💥
$EDBL +69%
$ASST +37%
$HYLN +36%
$GCL +27%
$AKYA +20%
$RILY +15%

2 · 1 · 832

Profit Trade Room @ProfitTradeRoom · May 21
EASY 💰 +60% profit overnight with BUY & HOLD Alert sent at market close yesterday $4.00 🚀 this morning we woke up to $6.50+

Doesn't get any better than this 🤑 $EDBL $ASST $QQQ $SPY $TSLA $NVDA




2 · 2 · 752

Profit Trade Room @ProfitTradeRoom · May 20
🤑 +50% higher since my premarket post $5 to $7.50 $SYTA

You're welcome 💸

$nvda $tsla $spy $qqq $pltr




> Profit Trade Room @ProfitTradeRoom · May 20
> 🚀 $2.27 to $5.90 catching the easiest vertical part of the chart 🎯
>
> Whole team got paid in minutes 💵 $SYTA

7 · 4 · 1.9K

Profit Trade Room @ProfitTradeRoom · May 20
$9 reached after hours 👏🏻 $SYTA

1 · 445

Profit Trade Room @ProfitTradeRoom · May 20
Stocks with rocket potential this morning 🚀
$NRXS +161%
$BLMZ +149%
$SYTA +59%
$EYEN +51%
$EDBL +34%
$QIPT +32%
$QBTS +19%
$MLGO +18%
$BON +14%
$QUBT +11%

3 · 802

Profit Trade Room @ProfitTradeRoom · May 20
🚀 $2.27 to $5.90 catching the easiest vertical part of the chart 🎯

Whole team got paid in minutes 💵 $SYTA




3 · 1 · 3 · 2.9K

Profit Trade Room @ProfitTradeRoom · May 20
💬🚀💵✅




484

Profit Trade Room @ProfitTradeRoom · May 19
Hottest stocks this morning 🔥
$PTIX +207%
$FAAS +104%
$BCLI +28%
$HKPD +25%
$NVAX +21%
$SXTC +21%
$MOVE +20%

2 · 2 · 799

Profit Trade Room @ProfitTradeRoom · May 16
Friday morning watchlist 👀
$CAPS +84%
$AMST +70%
$TOPW +58%
$TSSI +46%
$TGL +28%
$SPCE +13%

2 · 1 · 735

Profit Trade Room @ProfitTradeRoom · May 15
Strongest stocks this morning 💪🏻
$CLIK +249%
$LOBO +92%
$FL +83%
$EKSO +59%
$AYTU +39%
$CREV +27%

2 · 1 · 771

Profit Trade Room @ProfitTradeRoom · May 15
🔥 Another +1,450% stock in a day $0.08 to $1.24 🚀 4 Buy Alerts sent out with plan to hold for $1+ into end of day or after hours $IXHL




> Profit Trade Room @ProfitTradeRoom · May 14
> +884% vertical this morning 🚀 $0.08 to $0.84 $IXHL

1 · 1 · 1.4K

Profit Trade Room @ProfitTradeRoom · May 14
+884% vertical this morning 🚀 $0.08 to $0.84 $IXHL




4 · 1 · 2 · 2.3K

Profit Trade Room @ProfitTradeRoom · May 14
+1,000% percent reached $IXHL approaching $1 per share

1 · 461

Profit Trade Room @ProfitTradeRoom · May 14
Elon's own Grok calls $TSLA buyers idiots 🤦🏻‍♂️

along with whoever is buying $NVDA and $PLTR today

**What Are Idiots Buying Today?**

Based on recent trends, speculative retail traders are chasing the following, often using leverage (margin, options, or leveraged ETFs) to maximize short-term gains:

- **AI and Tech Stocks (High-Beta, Overvalued Leaders):**
  - **Nvidia (NVDA)**
  - **Tesla (TSLA)**
  - **Palantir (PLTR)**

4 · 4 · 1.3K

Profit Trade Room @ProfitTradeRoom · May 14
Hottest stocks this morning 🔥
$IXHL +394%
$SEPN +64%
$LUCY +57%
$BLUE +49%
$QNRX +47%
$DEVS +32%
$HWH +21%
$ALUR +20%
$SMCI +17%
$BBAI +15%

1 · 769

Profit Trade Room @ProfitTradeRoom · May 13
It's that 69 emotion

$spy $qqq $dia $nvda $tsla $pltr




3 · 1 · 775

Profit Trade Room @ProfitTradeRoom · May 13
Strongest stocks this morning 👀
$LOBO +139%
$HCWB +97%
$CNSP +95%
$LICN +62%
$LSEA +60%
$WLGS +59%
$INHD +48%
$XLO +33%
$XHG +24%
$HUMA +22%

3 · 4 · 911

Profit Trade Room @ProfitTradeRoom · May 12
😱😱😱 $13 to $496 per share swing pick from 14th March $RGC




> Profit Trade Room @ProfitTradeRoom · May 6
> $13 Buy in March to $200/share today! 😱
>
> Swing Pick email was sent out to members on 14th March to buy $RGC at $13.10 per share
> Today's high is $210 per share 🔥...

1 · 4 · 1.4K

Profit Trade Room @ProfitTradeRoom · May 12
Hottest stocks this morning 🔥
$KDLY +612%
$GRYP +307%
$JYD +134%
$CTMX +125%
$YHC +104%
$NXTT +68%
$FRGT +24%

1 · 1 · 1 · 979

Profit Trade Room @ProfitTradeRoom · May 11
🚀 +1,700% vertical $0.31 to $5.67 in half of day

That's what you call bullish, not a couple percent move in your options on $spy $qqq $dia $tsla $nvda over what Trump or China say on tariffs

First $asst now $nxtt wonder which one is next go to vertical in new week




1 · 3 · 6 · 1.3K

Profit Trade Room @ProfitTradeRoom · May 9
💬 "by far the best trade of my life!"

$NXTT buy alert in chat at $1.50 now at 900% after hours 🔥




1 · 4 · 985

**Profit Trade Room** @ProfitTradeRoom · May 9
This is what I'm talking about but nobody cares until everybody cares at once, in panic $SPY

> **unusual_whales** @unusual_whales · May 9
> Bank of America, $BAC, says the S&P 500 is expensive on "any valuation metric"



1 · 2 · 1.2K

**Profit Trade Room** @ProfitTradeRoom · May 9
Hot Friday morning
$WBUY +141%
$SRXH +120%
$SYTA +105%
$ZKIN +67%
$SHPH +59%
$NVVE +58%
$ZAPP +46%
$WORX +41%
$CTMX +27%
$ETHU +21%

1K

**Profit Trade Room** @ProfitTradeRoom · May 9
🚀 HUGE +1,522% in 2 days from $0.61 to $9.90 🔥 $ASST




> **Profit Trade Room** @ProfitTradeRoom · May 7
> Huge 540% day from $0.61 to $3.91 for $ASST
>
> We bought it twice, both nice wins 🎯🎯
>
> Also traded $GPUS

1 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · May 9
$2.55 to $9.30 $VEEE was just one of awesome movers to give great payday if you weren't too greedy 💵




3 · 953

**Profit Trade Room** @ProfitTradeRoom · May 8
Market -0.8% 🔻 since Trump said "buy stocks now, rocket ship, straight up"

$spy $qqq $dia

> **Profit Trade Room** @ProfitTradeRoom · May 8
> Somebody urgently create a website showing the market since Trump said "You better go out and buy stocks now. This country will be like a rocket ship that goes straight up."
>
> It will be fun to track 😂...

3 · 1K

**Profit Trade Room** @ProfitTradeRoom · May 8
Somebody urgently create a website showing the market since Trump said "You better go out and buy stocks now. This country will be like a rocket ship that goes straight up."

It will be fun to track 😂

Current result: -0.3% 🔻

$spy $qqq $dia

1 · 3 · 1.5K

**Profit Trade Room** @ProfitTradeRoom · May 8
Top stocks this morning 🔥
$JZ +169%
$ASST +51%
$ZKIN +39%
$QBTS +28%
$NVAX +22%
$GPUS +21%

2 · 3 · 875

**Profit Trade Room** @ProfitTradeRoom · May 7
Huge 540% day from $0.61 to $3.91 for $ASST

We bought it twice, both nice wins 🎯🎯

Also traded $GPUS




2 · 1 · 2 · 2K

**Profit Trade Room** @ProfitTradeRoom · May 7
$8+ with 2 new Buy Alerts this morning 🚀 $GPUS

> **Profit Trade Room** @ProfitTradeRoom · May 5
> 🚀 From $1.37 to $8.00 in 5 hours +483%
>
> Massive start of the week with 2 Buy Alerts sent out for our members right before vertical move!
> ...




1 · 1 · 1K

**Profit Trade Room** @ProfitTradeRoom · May 7
Hottest stocks this morning 🔥
$ASST +193%
$NCEW +53%
$MEGL +48%
$TOVX +39%
$GPUS +20%
$ADVX +18%
$MLGO +12%

2 · 758

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · May 6
$13 Buy in March to $200/share today! 😱

Swing Pick email was sent out to members on 14th March to buy $RGC at $13.10 per share
Today's high is $210 per share 🔥

15X in less than 2 months, I wish I was still holding, congrats to those that are 💸




3 · 2 · 5 · 4K

**Profit Trade Room** @ProfitTradeRoom · May 6
$13 Buy in March to $200/share today! 😱

Swing Pick email was sent out to members on 14th March to buy $RGC at $13.10 per share
Today's high is $210 per share 🔥

15X in less than 2 months, I wish I was still holding, congrats to those that are 💸




[illegible]




[illegible]



[illegible]

Biggest stock gainer of the entire stock market today $GPUS

Get ready for next one!




1 · 1 · 5 · 2.1K

**Profit Trade Room** @ProfitTradeRoom · May 5
Strongest stocks this morning 🔥
$NITO +144%
$GPUS +115%
$NCNA +95%
$AIFF +32%
$IVF +21%
$WOLF +7%

Happy start of new week! Let's get it 💸

6 · 911

**Profit Trade Room** @ProfitTradeRoom · May 5
Remember $16 to $38? It went to $60 after 🚀

Mentioned in chat room several times saying $50+ leg up possible with such strong uptrend $CEP




> **Profit Trade Room** @ProfitTradeRoom · Apr 24
> From $16.50 buy yesterday to $38+ today with message in trading chatroom "could be trending to $30, $40" $CEP

1 · 3 · 1.6K

**Profit Trade Room** @ProfitTradeRoom · May 2
Hottest stocks premarket 💥
$FRGT +217%
$PLRZ +98%
$RSLS +73%
$KIDZ +56%

3 · 843

**Profit Trade Room** @ProfitTradeRoom · May 1
Today it's $56 🔥 Multiple buy alerts along the way even yesterday in our trading chat room $CEP

> **Profit Trade Room** @ProfitTradeRoom · Apr 24
> From $16.50 buy yesterday to $38+ today with message in trading chatroom "could be trending to $30, $40" $CEP




3 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · May 1
Hottest stocks premarket 🔥
$ZCAR +140%
$KIDZ +106%
$NAOV +59%
$NVNI +57%
$ETWO +17%
$CEP +13%

2 · 679

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · Apr 30
Replying to @WatcherGuru
Ford stock is at same level as it was 1996. Wouldn't listen to what this guy has to say

8 · 2 · 167 · 4.1K

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · Apr 13
Replying to @WatcherGuru
Every 5 min completely opposite piece of news 😂

2 · 2 · 576 · 7.9K

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · Apr 25
Replying to @unusual_whales
The public vote:

99% Yes

1% No (the richest 1%)

1 · 4 · 341 · 4.9K

Profit Trade Room reposted

**Profit Trade Room** @ProfitTradeRoom · Apr 25
Replying to @unusual_whales
So the plan is to tax the poor, they don't have enough money to leave?

28 · 6 · 606 · 11K

**Profit Trade Room** @ProfitTradeRoom · Apr 29
Premarket watchlist 👀
$WLDS +70%
$HIMS +32%
$TVGN +22%
$OMEX +21%
$LFMD +19%
$WOLF +15%

4 · 1 · 3 · 807

**Profit Trade Room** @ProfitTradeRoom · Apr 28
Hottest stocks today 🔥
$GLMD +62%
$PRTG +41%
$MLGO +33%
$PLUG +24%
$AMPY +15%
$OMEX +13%

2 · 2 · 979

**Profit Trade Room** @ProfitTradeRoom · Apr 27
The real millionaires are almost never the ones flashing it.

Real wealth is quiet, while fake wealth shouts.

1 · 5 · 804

**Profit Trade Room** @ProfitTradeRoom · Apr 25
Stocks with most upside this morning 👀
$OMEX +71%
$SES +28%
$CEP +26%
$KITT +23%
$PONY +22%
$OLB +17%
$AREB +10%

2 · 3 · 991

Profit Trade Room reposted

**Watcher.Guru** @WatcherGuru · Apr 25
JUST IN: 🇨🇳🇺🇸 China says it's not having any tariff talks with the US.

"US should stop creating confusion."

935 · 1.2K · 10K · 1M

**Profit Trade Room** @ProfitTradeRoom · Apr 24
From $16.50 buy yesterday to $38+ today with message in trading chatroom "could be trending to $30, $40" $CEP




3 · 1 · 8 · 4K

**Profit Trade Room** @ProfitTradeRoom · Apr 24
Hottest stocks this morning 🔥
$BCTX +67%
$ZENA +29%
$AREB +18%
$CEP +16%
$LGCB +14%

2 · 3 · 835

**Profit Trade Room** @ProfitTradeRoom · Apr 23
Strongest stocks this morning 👀
$ENSC +136%
$SNOA +80%
$AGRI +40%
$RZLT +22%

3 · 2 · 709

**Profit Trade Room** @ProfitTradeRoom · Apr 22
As predicted, Trump caved.

Won't play hardball with China.
Will lower China tariffs significantly.
Won't fire Powell.

All of these not because he wants to, but because of the pressure from everything I listed in this post ⤵️

> **Profit Trade Room** @ProfitTradeRoom · Apr 11
> Here's why Trump might cave in soon ⬇️
>
> 👉 Bonds and Yields market:
> US debt was already unsustainable before tariffs
> Tariffs made US interest payments much higher due to rising Yields, ...
> Show more




2 · 2 · 1.3K

**Profit Trade Room** @ProfitTradeRoom · Apr 22
Today's stock market watchlist 📈
$GELS +362%
$TIVC +224%
$WNW +67%
$HOLO +29%
$SXTC +26%
$SLI +22%
$IBIO +21%
$SBEV +21%

3 · 3 · 821

**Profit Trade Room** @ProfitTradeRoom · Apr 22
🚀$0.90 to $5.45 early premarket +505% vertical $GELS




3 · 3 · 1.3K

**Profit Trade Room** @ProfitTradeRoom · Apr 22
New highs $6+ at 580% on the day $GELS

542

**Profit Trade Room** @ProfitTradeRoom · Apr 21
Swing Pick +350% in 1 trading day from $3.90 to $18.00🤑 $SBEV

Absolutely nailed this one, by the time I wrote this message it went $14 to $18

What's going on with this Monday, it just wouldn't stop giving 🤣




3 · 1 · 6 · 1.2K

**Profit Trade Room** @ProfitTradeRoom · Apr 21
Hey at least $NFLX is green +0.32% that's something right?



4 · 602

**Profit Trade Room** @ProfitTradeRoom · Apr 21
💣💥 +773% TODAY from $2.29 to $20.00

The value of these alerts in on another level

Finding 700% stock early premarket while the rest of market in deep red 🔻

$UPXI $NVDA $TSLA $MLGO $DWTX




[illegible]

While the rest of the world woke up into red, we catch easy money trade like this early Monday morning

And trades like this keep lining up with
Show more




> **Profit Trade Room** @ProfitTradeRoom · Apr 21
> What beats inflation and tariffs and keeps growing in value?
>
> 📈 Our trading subscription
> ...

4 · 1 · 2 · 2.2K

**Profit Trade Room** @ProfitTradeRoom · Apr 21
What beats inflation and tariffs and keeps growing in value?

📈 Our trading subscription

✅ Same low prices since 2015
✅ Alerts with Higher Win rates year after year

We've kept prices low while delivering more
But that window is closing

We'll rise prices soon. Those in
Show more


But hey! Can't complain! Already up $5k this week! Really enjoying this entire set up with the alerts and chat. This is exactly what I've been looking for 😊

1 · 1 · 1 · 1.5K

**Profit Trade Room** @ProfitTradeRoom · Apr 20
When the Easter Bunny finds the good stuff

Happy 4/20 🥦 Happy Easter 🐇




2 · 620

**Profit Trade Room** @ProfitTradeRoom · Apr 17
Strongest stocks this morning 📈📉
$CHRO +80%
$SMX +45%
$QURE +40%
$DXF +38%
$HTZ +29%
$AREC +19%
$STBX +10%
$TGL +10%

9 · 1 · 926

**Profit Trade Room** @ProfitTradeRoom · Apr 17
$HTZ went $3.6 to $9.0 in 1 day because Bill Ackman bought it, yes same Bill who cried on TV and bought $NKE near $100 now at $50 area 🤦‍♂️

People just want to chase anything




3 · 2 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · Apr 16
$80 to $35 crash in 2 days, warned you at the peak, you're welcome $BULL

> **Profit Trade Room** @ProfitTradeRoom · Apr 14
> $10 to $80 in 1 day 💣 How do you know market is in a bubble?
> When $HOOD valuation is so high their competitor $BULL decides to do IPO to catch some of the makert delusion going on and they fit right into all of it with their value going from $260 Million to $2 Billion in a day




3 · 1 · 1K

**Profit Trade Room** @ProfitTradeRoom · Apr 16
This is where to keep your focus at market open, not $NVDA
$ICAD +66%
$SBEV +50%
$MIRA +49%
$TGL +47%
$BCTX +28%
$HTZ +21%

3 · 3 · 856

**Profit Trade Room** @ProfitTradeRoom · Apr 15
It's popping out there after hours 🚀 $DWTX $SBEV $OST $BNZI

9 · 2 · 981

**Profit Trade Room** @ProfitTradeRoom · Apr 15
$DWTX halted at +70% on the day or $5 per share
previous runner $2 to $30 in January and $4 to $15 in March
Let's see what April got planned for it

9 · 829

**Profit Trade Room** @ProfitTradeRoom · Apr 15
Today's watchlist of strongest stocks 👀
$SNYR +108%
$MURA +95%
$SBEV +51%
$ARBB +37%
$TMC +19%
$GMHS +15%

2 · 2 · 873

**Profit Trade Room** @ProfitTradeRoom · Apr 14
$10 to $80 in 1 day 💣 How do you know market is in a bubble?
When $HOOD valuation is so high their competitor $BULL decides to do IPO to catch some of the makert delusion going on and they fit right into all of it with their value going from $260 Million to $2 Billion in a day




15 · 2 · 3 · 1.9K

**Profit Trade Room** @ProfitTradeRoom · Apr 14
Stocks with largest upside this morning 👀
$BULL +112%

$THRD +39%
$AREB +34%
$THTX +32%
$VERV +23%
$MB +22%
$KIDZ +17%

1 1 1 924

**Profit Trade Room** @ProfitTradeRoom · Apr 12
Told you Trump cave in soon, didn't expect it the very next day 😅

Trump removes tariffs on smartphones, chips, computers, chip-making equipments autos for all including China.




9 1 5 954

**Profit Trade Room** @ProfitTradeRoom · Apr 11
Here's why Trump might cave in soon ⬇️

👉 Bonds and Yields market:
US debt was already unsustainable before tariffs
Tariffs made US interest payments much higher due to rising Yields, exact opposite of what Trump wanted

👉 US Dollar lost 5% value this week:
National currency
Show more




14 1 3 2.1K

**Profit Trade Room** @ProfitTradeRoom · Apr 11
These are the best looking stocks this morning 👀
$MSPR +149%
$BGLC +38%
$CDT +20%
$AREB +19%
$RXRX +11%

5 1 2 992

**Profit Trade Room** @ProfitTradeRoom · Apr 10
While everyone was cheering yesterday's pop with "We're so back" nonsense I was commenting to short it
$qqq $spy $dia $tsla $nvda $aapl $msft



14 4 844

**Profit Trade Room** @ProfitTradeRoom · Apr 10
Strongest stocks of the entire market this morning 📉📈
$KTTA +89%
$RSLS +86%
$PRFX +73%
$WHLR +56%
$ICCT +24%
$HYFM +19%
$ELAB +12%

6 2 865

**Profit Trade Room** @ProfitTradeRoom · Apr 9
It's year 2029, tariff has now reached 17,675% between USA and China, increased by another 25% today



7 5 804

**Profit Trade Room** @ProfitTradeRoom · Apr 9
🖨️💵 Printing money $2 to $8

3 Buy Alerts from $4 to $7 on $AEHL

Last take profit alert at $8 🎯

It's a dream to be in before halt and just sell a dollar higher with no effort 🚀

$icct $worx $mbot $phio $nvda $tsla $qqq




6 2 988

**Profit Trade Room** @ProfitTradeRoom · Apr 9
Hottest stocks this morning 📉📈
$VERO +269%
$PHIO +114%
$FMTO +83%
$WORX +47%

4 1 771

**Profit Trade Room** @ProfitTradeRoom · Apr 9
BIG 🚀 moves moments after market close

+177%
+142%
+74%
+28%

In this market it pays to be ready during premarket and after hours 👀

$vero $fmto $agh $btu



1 1.1K

**Profit Trade Room** @ProfitTradeRoom · Apr 8
BANG! 💣 $2.94 to $16.24 in 3 hours up to 452% on the day $NAOV

Buy Alert making whole team a couple dollars per share profit to start the day comfortably, life is good 🤑

Another day another strong vertical, told you it never stops no matter what's up with overall market $spy
Show more




3 5 877

**Profit Trade Room** @ProfitTradeRoom · Apr 8
Strongest stocks this morning 📉📈
$NAOV +171%
$GLXG +73%
$SXTP +43%
$CYCU +31%
$NYXH +16%

4 8 898

**Profit Trade Room** @ProfitTradeRoom · Apr 7
BIG 1,100% 🚀 from $4 to $48 😮 Another stock not caring about what overall market does $JNVR




> **Profit Trade Room** @ProfitTradeRoom · Apr 7
> There are ALWAYS stocks that go up no matter the overall market!
>
> $JNVR from $4 to $16 in just 1 hour 300% 💥

6 7 1.6K

**Profit Trade Room** @ProfitTradeRoom · Apr 7
+1,000% $JNVR can't say I didn't tell you $4 to $48

> **Profit Trade Room** @ProfitTradeRoom · Apr 7
> There are ALWAYS stocks that go up no matter the overall market!
>
> $JNVR from $4 to $16 in just 1 hour 300% 💥


















2 · 1 · 3 · 1.3K

**Profit Trade Room** @ProfitTradeRoom · Apr 4
🚨 +200% stock on a day like today? 😱

Yup, we got it!

Buy alerts on Wednesday, Buy alerts today ✅

$AREB biggest gainer of the market today!

Strategy like this is crash-proof!

$aapl $nvda $tsla $qqq $spy $nke $googl $meta




> **Profit Trade Room** @ProfitTradeRoom · Apr 2
> $1.42 to $8.14 💪 another day another 400% runner 🚀
>
> 2 Buy Alerts sent out with early chat room message
> ...

3 · 3 · 1.7K

**Profit Trade Room** @ProfitTradeRoom · Apr 4
Over +300% now $AREB

1 · 474

**Profit Trade Room** @ProfitTradeRoom · Apr 4
I posted about $ICCT continually whole week from $0.75, now it's $7.00+ up 80% on the day while the rest of the market red

5 · 1 · 740

**Profit Trade Room** @ProfitTradeRoom · Apr 4
Biggest upside stock moves this morning 📉📈
$IBO +126%
$AREB +99%
$CXAI +32%
$SGMO +25%
$BDRX +19%
$ICCT +18%

2 · 2 · 817

**Profit Trade Room** @ProfitTradeRoom · Apr 4
$21 to $40 $UVXY 🤑 I was right, everyone else was wrong, that's it. Happy Friday




> **Profit Trade Room** @ProfitTradeRoom · Apr 2
> Swing Pick buy $UVXY at $21.65 right now at $27 looking like 🏆

3 · 1 · 3 · 1.6K

**Profit Trade Room** @ProfitTradeRoom · Apr 4
This means I predicted market crash correctly while hedge funds and CEOs were on TV saying dip buy.

Buying $UVXY means crashing everything else and making money on market downturn.

440

**Profit Trade Room** @ProfitTradeRoom · Apr 3
4 Trades 4 Wins! 🎯🎯🎯🎯
DayTrading result from past 2 days: +48.5% realized profit ✅

Total profit yesterday: +34.1% from $SBFM and $AREB
Total profit today: +14.4% from $ICCT

Just a normal 2 days for us

What an amazing trading strategy, it just doesn't care about the market
Show more

> **Profit Trade Room** @ProfitTradeRoom · Apr 3
> Green day for us again ✅
>
> All Buy Alerts to planned targets 🎯
>
> The beauty of strategy is it doesn't care about tariffs or any of $NVDA ...




10 · 1 · 1.4K

**Profit Trade Room** @ProfitTradeRoom · Apr 3
Golden era? If you put yellow glasses on maybe

| | | | |
|---|---|---|---|
| AAPL | 203.19 | -20.70 | -9.25% |
| NVDA | 101.79 | -8.64 | -7.82% |
| GOOGL | 150.72 | -6.32 | -4.02% |
| TSLA | 267.14 | -15.62 | -5.52% |
| AMZN | 178.41 | -17.60 | -8.98% |
| NFLX | 916.79 | -18.73 | -2.00% |
| META | 531.60 | -52.33 | -8.96% |

3 · 624

**Profit Trade Room** @ProfitTradeRoom · Apr 3
Up +37% today at $31 $UVXY 🔥

> **Profit Trade Room** @ProfitTradeRoom · Apr 2
> Swing Pick buy $UVXY at $21.65 right now at $27 looking like 🏆

2 · 3 · 949

**Profit Trade Room** @ProfitTradeRoom · Apr 3
Green day for us again ✅

All Buy Alerts to planned targets 🎯

The beauty of strategy is it doesn't care about tariffs or any of $NVDA $TSLA $SPY $QQQ direction and makes multiple times higher returns 🏆

$ICCT and $APVO today's trades




> **Profit Trade Room** @ProfitTradeRoom · Apr 3
> New highs $ICCT above $5 on new buy alerts sent out to members today 💵 x.com/ProfitTradeRoo...

4 · 1 · 1 · 2.6K

**Profit Trade Room** @ProfitTradeRoom · Apr 3
New highs $ICCT above $5 on new buy alerts sent out to members today 💵




> **Profit Trade Room** @ProfitTradeRoom · Mar 31
> 🔥 HUGE 810% upside 🚀 $0.30 to $2.73 in 1 day
>
> It happened exactly as I messaged in the morning after 3 Buy Alerts 🤑 $ICCM
> ...

2 · 1 · 3 · 2.2K

**Profit Trade Room** @ProfitTradeRoom · Apr 3
$4 to $28 in 4 hours 🚀 Big or small, market offers it all, just got to be there to take advantage of the move and repeat daily 🔁

$spy $qqq $dia $nvda $tsla




2 · 874

**Profit Trade Room** @ProfitTradeRoom · Apr 3




433

**Profit Trade Room** @ProfitTradeRoom · Apr 3
Stocks up big today while the rest of market is down big 📈📉
$PTIX +163%
$NIVF +73%
$TIVC +48%
$OSRH +41%
$ICCT +23%
$SMST +14%

2 · 644

**Profit Trade Room** @ProfitTradeRoom · Apr 3
Remember, no matter the overall market direction there are always stocks that double, triple, quadruple in a day 💯

The right strategy is all you need to discover them a trade a safe piece of the move then repeat daily on different stocks ✅

$BIAF was one of them $0.27 to $1.60
Show more




3 · 4 · 843

**Profit Trade Room** @ProfitTradeRoom · Apr 3




426

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · Apr 2
$1.42 to $8.14 💪 another day another 400% runner 🚀

2 Buy Alerts sent out with early chat room message

Max take profit alerted at $8.30 so profits were being locked into vertical as planned before crack 🎯 $AREB




9 · 2 · 5 · 4K

**Profit Trade Room** @ProfitTradeRoom · Apr 2
Swing Pick buy $UVXY at $21.65 right now at $27 looking like 🏆

3 · 1 · 4 · 3.3K

**Profit Trade Room** @ProfitTradeRoom · Apr 2
In 2018 Trump imposed 10% - 25% tariff on China
$SPY dropped -20%
$QQQ dropped -23%

In 2025 Trump imposed 54% tariff on China
$SPY ?
$QQQ ?

3 · 603

**Profit Trade Room** @ProfitTradeRoom · Apr 2
$1.42 to $8.14 💪 another day another 400% runner 🚀

2 Buy Alerts sent out with early chat room message

Max take profit alerted at $8.30 so profits were being locked into vertical as planned before crack 🎯 $AREB




9 · 2 · 5 · 4K

**Profit Trade Room** @ProfitTradeRoom · Apr 2
Whole team for the win 🤑🎯🏆 $AREB

And you're out there worrying about what $TSLA $NVDA $AMZN $SPY $QQQ is about to do next with 1% - 2% move? 😂




1 · 658

**Profit Trade Room** @ProfitTradeRoom · Apr 2
+$5,489 made on $AREB trade so good you feel dirty for taking the money 🤣🤣🤣




> **Profit Trade Room** @ProfitTradeRoom · Apr 2
> $1.42 to $8.14 💪 another day another 400% runner 🚀
>
> 2 Buy Alerts sent out with early chat room message
> ...

2 · 1 · 1 · 971

**Profit Trade Room** @ProfitTradeRoom · Apr 2
Biggest stocks this morning before market open 🔥

$IBG +235%
$CNTM +98%
$SBFM +52%
$SPWH +42%
$SIDU +17%
$TCRT +12%

4 · 810

**Profit Trade Room** @ProfitTradeRoom · Apr 2
🚨 822% in 1 day from 0.36 to 3.32 that's the current state of how wild things are in the stock market 🔥 $RSLS

Lots of opportunities out there 👀

$ibg $biag $wtf $nmax




5 · 4 · 1.5K

**Profit Trade Room** @ProfitTradeRoom · Apr 2
💬🚀🤑

$RSLS $QSG $NMAX $WTF




714

**Profit Trade Room** @ProfitTradeRoom · Apr 2
$4 to $12⬆️ back to $5⬇️ that's why we take profit on the way up while stocks are still hot 🎯 $CSAI

Repeat a safe piece of the move multiple times per day on several stocks and you can double-triple your trading capital in a month 📊




4 · 714

**Profit Trade Room** @ProfitTradeRoom · Apr 1
This stock $14 yesterday, $229 today 😱 No this is not April 1st joke, stock name $NMAX




9 · 4 · 772

**Profit Trade Room** @ProfitTradeRoom · Apr 1
Hottest stocks on April 1st 👀
$BIAF +175%
$RSLS +127%
$IBO +71%
$SATX +65%
$ICCT +47%
$MLGO +37%
$CSAI +35%
$MVST +27%

3 · 1 · 5 · 893

**Profit Trade Room** @ProfitTradeRoom · Mar 31
🔥 HUGE 810% upside 🚀 $0.30 to $2.73 in 1 day

It happened exactly as I messaged in the morning after 3 Buy Alerts 🤑
$ICCM

What a way to start the week!

$csai $mvst $mlgo $tsla $nvda $spy $qqq $nmax




3 · 1 · 5 · 2.3K

**Profit Trade Room** @ProfitTradeRoom · Mar 31
WOW 🚀 473% reached since my last post $ICCT




> **Profit Trade Room** @ProfitTradeRoom · Mar 31
> 276% vertical BOOM 💥 squeezing out shortsellers who were just moments before trying to manipulate downside 👈 Priceless! 🤑
>
> +33% gain realized with 3 Buy Alerts into vertical $IC...

1 · 1 · 1K

**Profit Trade Room** @ProfitTradeRoom · Mar 31
$26+ today $MLGO

> **Profit Trade Room** @ProfitTradeRoom · Mar 25
> WOW 💥 $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts
>
> First buy at $4.93, last sell at $19.24
> ...
> Show more




3 · 4 · 1K

**Profit Trade Room** @ProfitTradeRoom · Mar 31
276% vertical BOOM 💥 squeezing out shortsellers who were just moments before trying to manipulate downside 👈 Priceless! 🤑

+33% gain realized with 3 Buy Alerts into vertical $ICCT

What red market is everyone talking about? We don't know anything about that 🤷‍♂️




1 · 1 · 2 · 1.6K

**Profit Trade Room** @ProfitTradeRoom · Mar 31
List of hottest stocks while rest of the market opens red 🚀
$ICCT +131%
$CTOR +54%
$DOMH +26%
$QSG +24%
$NWTG +18%
$CDT +18%
$TSLZ +11%
$TSLQ +11%
$UVXY +8%

Ready for a new week 📈




1 · 1 · 790

**Profit Trade Room** @ProfitTradeRoom · Mar 28
TOTAL this week: +119.3% profit 💯

No matter how slow end of week was, first 2 days of the week simply made awesome profits thanks to $MLGO and $DATS

Monday: +54.2%
Tuesday: +34.4%
Wednesday: +7.3%
Thursday: +7.5%
Friday: +15.9%

Looking forward to more action next week! 🚀




1 · 2 · 762

**Profit Trade Room** @ProfitTradeRoom · Mar 28
List of best stocks this morning 👀
$PRTG +164%
$LXRX +87%
$DBVT +61%
$TWG +54%
$WIMI +17%
$KULR +13%
$MLGO +5%

1 · 1 · 843

**Profit Trade Room** @ProfitTradeRoom · Mar 27
Never gets old.

Now it has increased into Billions 🤦‍♂️

Hard to understand the obsession with $GME if CEO clearly drops huge sizes into each tiny bump.

As long as this guy is the CEO it can NEVER go on any kind of run, realize that and just move on

> **Profit Trade Room** @ProfitTradeRoom · Sep 20, 2024
> As soon as everyone buys $GME and gets comfortable over $5M purchase here comes Ryan Cohen to sell another $800M into your buying

3 · 1 · 1.7K

**Profit Trade Room** @ProfitTradeRoom · Mar 27
$GME new lows as expected, down -18% on the day

518

Profit Trade Room reposted
**Profit Trade Room** @ProfitTradeRoom · Mar 25
WOW 💥 $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts

First buy at $4.93, last sell at $19.24

All alerted live in trading chatroom with commentary about $MLGO what's happening in the background and how I see shortseller behind manipulation losing the battle and
Show more




2 · 5 · 5.7K

**Profit Trade Room** @ProfitTradeRoom · Mar 27
Hottest stock market movers this morning 🔥
$GTEC +81%
$DRMA +46%
$CISO +36%
$TDTH +28%

1 · 702

**Profit Trade Room** @ProfitTradeRoom · Mar 26
💬 $MLGO buy at $5.01 and sell at $10 AGAIN 🤑🤑

A few hours later chat's premarket prediction came true $5 to $15+ ✅




> **Profit Trade Room** @ProfitTradeRoom · Mar 25
> WOW 💥 $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts
>
> First buy at $4.93, last sell at $19.24
> ...

2 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · Mar 26
It's been giving 10X runs per month 🚀 $MLGO

No time trading boring $NVDA $TSLA $SPY $QQQ for a few percent




> **Profit Trade Room** @ProfitTradeRoom · Mar 25
> WOW 💥 $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts
>
> First buy at $4.93, last sell at $19.24
> ...

3 · 1.2K

**Profit Trade Room** @ProfitTradeRoom · Mar 26
These are the biggest moving stocks premarket 📈
$OSRH +175%
$SURG +80%
$BLNE +45%
$THTX +32%
$MLGO +13%
$GME +11%
$DATS +10%

1 · 785

**Profit Trade Room** @ProfitTradeRoom · Mar 26
💬 Trade so good it feels illegal
💬 Sold early but still made $4500 $MLGO




> **Profit Trade Room** @ProfitTradeRoom · Mar 25
> WOW 💥 $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts
>
> First buy at $4.93, last sell at $19.24
> ...

2 · 1.1K

**Profit Trade Room** @ProfitTradeRoom · Mar 25
Remember +$413,000 profit on $MLGO from a month ago?
Identical power move happened this time, only instead of $11+ top and 4 buy alerts we got $19+ and 9 buy alerts 🎯

> **Profit Trade Room** @ProfitTradeRoom · Feb 21
> WOW 😱 +$413,000 profit on 918% move 🚀 $1.15 to $11.71 $MLGO

Multiple Buy Alerts 1st at $2.27 yesterday after hours with plan to hold overnight




Profit Trade Room @ProfitTradeRoom · Mar 25
WOW $2.50 to $19.69 in 2 days 🚀 687% power squeeze on 9 Buy Alerts

First buy at $4.93, last sell at $19.24

All alerted live in trading chatroom with commentary about $MLGO what's happening in the background and how I see shortseller behind manipulation losing the battle and
Show more




Profit Trade Room @ProfitTradeRoom · Mar 25
Hottest stocks premarket 🔥
$TNON +360%
$PGAI +118%
$DM +70%
$ALMS +68%
$STFS +26%
$KBSX +17%

Profit Trade Room @ProfitTradeRoom · Mar 25
$0.98 to $3.85 🚀 +292% premarket 📈 It's wild out there $TNON




Profit Trade Room @ProfitTradeRoom · Mar 24
How it went 🚀 $2.50 to $11+ just like 1 month ago and it's cooking at highs as we enter Power Hour 💪

Shortsellers have tried to manipulate $MLGO but as long as $9-$10 holds support going into end of day they could be in serious trouble for a massive squeeze on 265 Million
Show more




> Profit Trade Room @ProfitTradeRoom · Mar 24
> $2.50 to $8 🚀 +200% this morning $MLGO
> 3 Buy Alerts sent out so far
>
> Last month around the same date it went $3 to $11+



Profit Trade Room @ProfitTradeRoom · Mar 24
Told you it was cooking! +450% vertical to $13.73 $MLGO

Profit Trade Room @ProfitTradeRoom · Mar 24
$2.50 to $8 🚀 +200% this morning $MLGO
3 Buy Alerts sent out so far

Last month around the same date it went $3 to $11+




Profit Trade Room @ProfitTradeRoom · Mar 24
$13.35 to $37.83 🔥 Swing Pick $TNXP bringing big gain to those still holding 👏
Wish I still had my shares, sold for nearly +60% gain in low $20's




> Profit Trade Room @ProfitTradeRoom · Mar 18
> +170% made from 2 swing picks this week 🚀
>
> $13 to $19+ or 45% gain in 5 days $TNXP
>
> $13.10 to $29.80 or +127% in 1 day $RGC



Profit Trade Room @ProfitTradeRoom · Mar 24
Hottest stocks of this morning 🔥
$MTE +131%
$XHLD +86%
$MLGO +39%
$WINT +37%
$GLTO +22%
$ETHU +12%

Profit Trade Room @ProfitTradeRoom · Mar 22
🚀 From $0.53 to $6+ doing 1064% in 2 days 🚀 $IBO




Profit Trade Room @ProfitTradeRoom · Mar 21
TOTAL Week: +78.2% 💯

Monday: +4.5% ✅
Tuesday: +15.3% ✅
Wednesday: +9.5% ✅
Thursday: +30.4% ✅
Friday: +18.5% ✅

Excited about next week, lots of runners shaping up!
Congrats, enjoy the weekend and get ready for Monday!

$sgly $mgz $ibo $wvpr $mnda $tsla $pstv $ahld

> Profit Trade Room @ProfitTradeRoom · Mar 20
> WOW 🚀 $0.53 to $5.10 big +863% most of it in 1 hour after our Buy Alert 🎯
> Warned you on time about money starting to get shifted into $IBO from $PSTV x.com/ProfitTradeRoo...




Profit Trade Room @ProfitTradeRoom · Mar 21
Hottest stocks today
[illegible]

Happy Fresh Cash Friday!

Profit Trade Room @ProfitTradeRoom · Mar 21
$13 to $35 premarket today, congrats to everyone still holding this swing pick $RGC

> Profit Trade Room @ProfitTradeRoom · Mar 18
> $13 to $29 swing pick in 1 day 🚀 +127% $RGC




Profit Trade Room @ProfitTradeRoom · Mar 20
WOW 🚀 $0.53 to $5.10 big +863% most of it in 1 hour after our Buy Alert 🎯
Warned you on time about money starting to get shifted into $IBO from $PSTV




> Profit Trade Room @ProfitTradeRoom · Mar 20
> Last take profit alert $PSTV at $0.58 short coming soon
> Some of the money now started being shifted into $IBO

Profit Trade Room @ProfitTradeRoom · Mar 20
Last take profit alert $PSTV at $0.58 short coming soon
Some of the money now started being shifted into $IBO



Profit Trade Room @ProfitTradeRoom · Mar 18
$13 to $29 swing pick in 1 day 🚀 +127% $RGC




> Profit Trade Room @ProfitTradeRoom · Mar 17
> $13 to $20 overnight swing pick win so far 🚀 $RGC
> Buy on Friday before market close at $13
> Monday morning it's nearing $20

Profit Trade Room @ProfitTradeRoom · Mar 18
Hottest stocks this morning
[illegible]

Profit Trade Room @ProfitTradeRoom · Mar 18
Hottest stocks this morning
[illegible]

Profit Trade Room @ProfitTradeRoom · Mar 18
Hottest stocks this morning 🔥
$LSE +69%
$BDTX +44%
$BDRX +23%
$XHLD +29%
$ADTX +17%

Profit Trade Room @ProfitTradeRoom · Mar 18
+170% made from 2 swing picks this week 🚀

$13 to $19+ or 45% gain in 5 days $TNXP

$13.10 to $29.80 or +127% in 1 day $RGC




Profit Trade Room @ProfitTradeRoom · Mar 18
1 pick per week sent to your email with full trade plan 🎯

Profit Trade Room @ProfitTradeRoom · Mar 18
Hottest stocks today 📉📈
$RGC +52%
$ADTX +30%
$SCNX +24%
$CRVO +10%

Profit Trade Room @ProfitTradeRoom · Mar 17
From $13 buy to $35 in 1 day $RGC swing pick up over +150% now 🔥🚀 reaching new highs after hours

> Profit Trade Room @ProfitTradeRoom · Mar 17
> $13 to $20 overnight swing pick win so far 🚀🤑👏 $RGC
> Buy on Friday before market close at $13
> Monday morning it's nearing $20




Profit Trade Room @ProfitTradeRoom · Mar 17
Up to $9.50 today $CRVO 🔥

Profit Trade Room @ProfitTradeRoom · Mar 12
$2.36 to $6.54 🚀 Strong vertical move on 4 Buy Alerts 🎯 $CRVO

By far beats trading $NVDA $TSLA even on their strongest day




Profit Trade Room @ProfitTradeRoom · Mar 17
[illegible]




Profit Trade Room @ProfitTradeRoom · Mar 17
[illegible]

Profit Trade Room @ProfitTradeRoom · Mar 14
[illegible]



Profit Trade Room @ProfitTradeRoom · Mar 14
[illegible]

Profit Trade Room @ProfitTradeRoom · Mar 14
Hottest stocks this morning
[illegible]

Profit Trade Room @ProfitTradeRoom · Mar 14
[illegible]




Profit Trade Room @ProfitTradeRoom · Mar 12
$2.36 to $6.54 🚀 Strong vertical move on 4 Buy Alerts 🎯 $CRVO

By far beats trading $NVDA $TSLA even on their strongest day




Profit Trade Room @ProfitTradeRoom · Mar 12
$2.36 to $6.54 🚀 Strong vertical move on 4 Buy Alerts 🎯 $CRVO

By far beats trading $NVDA $TSLA even on their strongest day




1 | 1 | 2 | 3.3K

Profit Trade Room @ProfitTradeRoom · Mar 12
Went 30% higher to $7.48 shortly after my post 🚀 $CRVO

We had 5 Buy Alerts total on it today, massive gain day 👏




2 | 649

Profit Trade Room @ProfitTradeRoom · Mar 12
Hottest stocks this morning 📉📈
$VSTE +92%
$GV +41%
$HCTI +39%
$SSP +33%

1 | 2 | 751

Profit Trade Room @ProfitTradeRoom · Mar 12
CPI, CPI core, CPI yearly all of them released in 4 minutes, get ready for markets to shake 🍸 $SPY $QQQ $DIA $NVDA $TSLA

2 | 778

Profit Trade Room @ProfitTradeRoom · Mar 11
Max Take Profit Alerted for ➡️ $2.29
High of the day ➡️ $2.33 🎯 $RAY

3 Buy Alerts total ✅
Whole team paid 🤑




Profit Trade Room @ProfitTradeRoom · Mar 11
New day, new DOUBLED stock📈 $RAY $0.87 to $1.93

Doesn't matter what the market is doing!

Our stocks still double! 💯...

1 | 1.1K

Profit Trade Room @ProfitTradeRoom · Mar 11
New day, new DOUBLED stock📈 $RAY $0.87 to $1.93

Doesn't matter what the market is doing!

Our stocks still double! 💯

It's time to adjust your trading strategy to get ahead

Trading $NVDA $TSLA competing with wall street sharks for 10% 20% over weeks or months is not it!




4 | 1 | 3 | 2K

Profit Trade Room @ProfitTradeRoom · Mar 11
New highs $2.18 $RAY 💪

2 | 474

Profit Trade Room @ProfitTradeRoom · Mar 11
Replying to @ProfitTradeRoom
It's much easier taking money from retail shortsellers as they get squeezed into vertical +100% +200% moves

2 | 345

Profit Trade Room @ProfitTradeRoom · Mar 11
Hottest stocks this morning 📈📉
$ONDS +80%
$TSVT +76%
$SNOA +56%
$TNON +49%
$HSAI +15%
$MLGO +11%

1 | 4 | 917

Profit Trade Room @ProfitTradeRoom · Mar 10
$1.51 to $3.25 casually DOUBLED today after being mentioned in chat room many times by members

Awesome win $HMR 👏🤑

All while the rest of the market continues to hits new lows on a big red day
$tsla $nvda $spy $qqq $dia $meta $amzn $goog

Got to love these type of stocks




1 | 1 | 3 | 1.4K

Profit Trade Room @ProfitTradeRoom · Mar 10
AEON 1.26 - 1.33 (+5.5%)
HMR 3.02 - 3.16 (+4.6%)

Total profit today: +10.1%

Nice profit today again while the rest of the market goes into deeper red.
Bulletproof strategy delivers again, no matter the overall market conditions.
Congrats!
See you in the morning!

1 | 1 | 503

Profit Trade Room @ProfitTradeRoom · Mar 7
🔻 Red week for markets but not for our trading strategy which delivered nicely profitable week once again 💯 proving the overall market conditions do not matter

TOTAL Week: +42.0% ✅

Monday: +8.7%
Tuesday: 0.0% no trades
Wednesday: +11.3%
Thursday: +6.9%
Friday: +15.1%
Show more




815

Profit Trade Room @ProfitTradeRoom · Mar 7
Vertical $5 to $8 this morning with another Buy Alert to the max target 🎯 $GV

Profit Trade Room @ProfitTradeRoom · Mar 5
$2.80 to $4.50 in 30 minutes 💥 We've been waiting for this $GV trade whole days since morning Buy Alert and reconfirmation in chatroom before the move 🚀

All today's alerts went to max target areas 🎯...




1.2K

Profit Trade Room @ProfitTradeRoom · Mar 7
Fresh Cash Friday hottest stocks 🔥
$SUNE +179%
$BTOG +56%
$PSTV +42%
$PEV +32%
$GV +5%

1 | 1 | 816

Profit Trade Room @ProfitTradeRoom · Mar 6
That didn't take long... $PSTV




Profit Trade Room @ProfitTradeRoom · Mar 6
WOW 🔥 +405% from $0.35 to $1.75 $PSTV 🚀

What market sell off 🤷‍♂️ we don't know anything about that
...

1 | 1 | 1.3K

Profit Trade Room @ProfitTradeRoom · Mar 6
WOW 🔥 +405% from $0.35 to $1.75 $PSTV 🚀

What market sell off 🤷‍♂️ we don't know anything about that

Our strategy is getting us paid no matter the overall market circumstances 💪

It's been like this for over a decade

$tsla $nvda $aapl $amzn $nflx $jd $baba $spy $qqq $dia






1 3 2.1K

**Profit Trade Room** @ProfitTradeRoom · Mar 6
The market right now 👀




569

**Profit Trade Room** @ProfitTradeRoom · Mar 6
Hottest stocks this morning 💰
$GV +86%
$PSTV +67%
$SCNX +31%
$TRNR +20%

2 692

**Profit Trade Room** @ProfitTradeRoom · Mar 6
The chart I posted yesterday after hours DOUBLED this morning 🚀👏 $GV




> **Profit Trade Room** @ProfitTradeRoom · Mar 5
> $2.80 to $4.50 in 30 minutes 💥 We've been waiting for this $GV trade whole days since morning Buy Alert and reconfirmation in chatroom before the move 🚀
>
> All today's alerts went to max target areas 🎯...

2 927

**Profit Trade Room** @ProfitTradeRoom · Mar 5
$2.80 to $4.50 in 30 minutes 💥 We've been waiting for this $GV trade whole days since morning Buy Alert and reconfirmation in chatroom before the move 🚀

All today's alerts went to max target areas 🎯

Excited for new ones tomorrow




1 2 2.8K

**Profit Trade Room** @ProfitTradeRoom · Mar 5
LET'S GO! 🚀 Hottest stocks this morning 🔥
$ARBB +79%
$CMRX +69%
$SLXN +50%
$CYCU +36%
$BTAI +14%

1 735

**Profit Trade Room** @ProfitTradeRoom · Mar 4
Account doubled in February 👏 and some of other great achievements by members 📈




1 623

**Profit Trade Room** @ProfitTradeRoom · Mar 4
This is where your focus should be this morning:
$RDGT +210%
$MASS +70%
$CYCU +42%
$WINT +26%
$TRNR +18%
$SMST +8%
Not on dropping $TSLA $NVDA

1 1 1.1K

**Profit Trade Room** @ProfitTradeRoom · Mar 3
$3 to $8+ 🚀 New highs power vertical predicted from lows after shortseller manipulation trick on $ACON

4 Buy Alerts sent our along with multiple chatroom messages confirming the expected move

$btai $trnr $tsla $nvda




6 1.4K

**Profit Trade Room** @ProfitTradeRoom · Mar 3
Hottest stocks on 1st trading day of March 🔥
$BTOG +420%
$ACON +97%
$BTCT +33%
$GRRR +28%
$MSTU +27%
$HOLO +22%
$CTM +19%
$TRNR +17%

3 1K

**Profit Trade Room** @ProfitTradeRoom · Feb 28
+397.7% TOTAL Profit made in February 💯

TOTAL Week: +60.8% per traded position
Monday: +12.9% ✅
Tuesday: +17.0% ✅
Wednesday: +9.5% ✅
Thursday: +12.2% ✅
Friday: +9.2% ✅

12 trades
10 wins
2 losses

Slow and quiet last week of the February but still solid profit made.
Show more

