# EXHIBIT I



Testimonials      Why Us      Case Study      Pricing      Download      Affiliate      Contact      My Account

# Refund Policy

Thanks for subscribing to our services at https://profittraderoom.com/.

ProfitTradeRoom members benefit immediately after subscription by gaining access to intellectual and proprietary knowledge base, trading room community with live chat, real time alerts, trade plays, techniques, statistics, files, secrets and analytics therefore we do not give refunds under any circumstances, including, without limitation, satisfaction or your failure to cancel your account or service prior to its automatic renewal.

To remove yourself from auto renew you can cancel your subscription in your account or your PayPal account if that's where you were redirected to complete your payment or contact us to do it for you. Your termination request should be no later than 2 full business days before your renewal. If you forget to cancel before billing recurs, that is your fault and there are no refunds.

If you have any additional questions, feel free to contact us.

Case 3:25-cv-00332-MOC-SCR      Document 36-9      Filed 07/29/25      Page 2 of 4



## Quick Links

Testimonials    Why Us

Case Study    Pricing

Download    Affiliate

Contact    My Account

📍 Profit Trade Room LLC

International Free Zone Authority

P.O. Box 7800

📞 +1 718 285 7977

✉ profit@profittraderoom.com

© Copyright © 2025 Profit Trade Room. All Rights Reserved. **Privacy Policy** | **Refund Policy** | **Terms of Service** |

    

The content on this website is for informational and educational purposes only and does not constitute investment, financial, or trading advice. Past performance is not indicative of future results. Performance results are based on historical data.

Trading stocks involves substantial risk and may not be suitable for all investors. You are responsible for your own investment decisions. Please only trade with funds you can afford to lose. No guarantee of any specific results or returns.

Testimonials are individual experiences and do not guarantee future performance. Results vary and may not be typical. Markets are unpredictable, and all trading decisions are made at your own risk.

Case 3:25-cv-00332-MOC-SCR    Document 36-9    Filed 07/29/25    Page 3 of 4

We are not registered or licensed financial advisors or brokers. Our alerts are based on our personal trading strategies and experience.

Case 3:25-cv-00332-MOC-SCR     Document 36-9     Filed 07/29/25     Page 4 of 4