# EXHIBIT K

 
**r/Daytrading** • 7 yr. ago
strawberryfields01

## Anyone part of Profit Trade Room chat group?

Just wondering if it is worth the $200/month fee. For reference: Twitter.com/ProfitTradeRoom or FB: Facebook.com/ProfitTradeRoompage

They only allow a trial of 2-3 days but because I have a full time job I don't want to waste my chance.

Some what of a beginner trader and I heavily depend on calls. I don't have the confidence to use a scanner and analyze what is running. I like to thought of reassurance via a professional's calls.

> 🗄 Archived post. New comments cannot be posted and votes cannot be cast.

⌃ 4 ⌄    💬 23       ↗ Share

🍒 **tastytrade_com** • Official • Promoted      •••

We're in the business of supporting traders. Get the tools you need to make your way in the market.

**Learn More**      tastytrade.com



Sort by: **Best** ⌄

 **firedup4** • 7y ago

You are setting yourself up for failure if you follow someone else's calls. Just keep learning and build the confidence to trade yourself. Especially sus that both the links dont send me anywhere. A lot of these alert rooms are just using you to pump their picks, and even then a lot of them aren't even profitable and wont show you brokerage statements, not saying those guys aren't profitable but you never know. Be a trader, not a sheep.

⊖   ⌃ 8 ⌄   •••

🔴 **strawberryfields01** OP • 7y ago

Oops I made a mistake. replace Group with Room for those links and let me know.

⌃ 1 ⌄ •••


are hit or miss.

⤴ 1 ⤵ ...

⊕ 10 more replies

 **DonaldTrumpsToilett** • 7y ago

I recently found a trading group called The boiler room on YouTube. They have a course that they sell for $30/month that gives you lessons, live trading stream, live trade ideas scanner, and chatroom. They also have tons of free videos on YouTube. Seems like a pretty good deal to me if for no other reason than to get trade ideas for $30/month. Here's the link (I am in no way affiliated with them): https://boilerroomtrading.teachable.com/p/boiler-room-trading-course

⤴ 3 ⤵ ...

 **CoolPercentage2356** • 1y ago

I purchased the option course and I paid for the chat option. Both were disappointing and when I mentioned this to them on one of their post they attempted to say I didn't buy the course when I spent over a thousand dollars for it. The 200 a month is not worth it at all I thought you would be able to get some great info but I quickly cancelled that. You can definitely spend your money on something better! I like Wallstreet Trapper. I'm not saying these people are a frauds but I got nothing from the course I basically didn't learn anything new. For some it may work for them but it didn't for me! I just counted that as a bad investment.

⤴ 2 ⤵ ...

 **Far_Duck_5906** • 1y ago

I bought their options course and the chat. I paid 1200 and wish I hadn't. It may have been worth it for someone who knew nothing but it is a waste for anyone that has some familiarity with options. What made me even more upset I mentioned it in one of their groups and they laughed and played me like I really hadn't purchased their course. I have receipts but before I could mention that they blocked me. The chat is not worth it at all I thought I would get to see what was going on actively but it's like they send a message with stocks they are watching it's nothing hands on. Save your money I have gotten better information for free. I guarantee if you pay for that chat you will cancel your subscription. The female and the guy who pretty much manages the day to day were the ones who ridiculed me especially that guy. As I said save your money I wish I had.

⤴ 2 ⤵ ...

 **h0408365** • 7y ago

Don't do it

⤴ 1 ⤵ ...


of what you mentioned for his calls.

From what I heard your room mainly do penny stocks calls. If they offer 3 days trial, why not try them out and see if their calls can pay for the monthly fee itself. If you want to success in this business, don't be cheap because you get what you pay for.

Remember, room is just more eyes to find additional ideas. So find one that match your trading style or one that make the high win% calls.

⌃ 1 ⌄  ...

⊕ **[deleted]** • 1y ago

 r/quant • 1 mo. ago

**Weekly Megathread: Education, Early Career and Hiring/Interview Advice**

6 upvotes · 79 comments

 r/Daytrading • 1 mo. ago

**Im pretty much convinced trading is not for me**

69 upvotes · 102 comments

 r/Daytrading • 4 yr. ago

**$400k+ profit, 20,000% account growth in 1.5 years daytrading**



2.5K upvotes · 465 comments

 r/Daytrading • 6 yr. ago

**Recommended chat rooms?**

4 upvotes · 34 comments

 r/IndianStockMarket • 2 yr. ago

**Chat room**

22 upvotes · 47 comments

 r/FuturesTrading • 2 mo. ago

**How are so many people (supposedly) trading profitably?**

144 upvotes · 258 comments