# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00332-MOC-SCR

| | |
|---|---|
| **DAVID CAMERON,** )<br>)<br> **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**KRISPY KREME, INC., et. al.,** )<br>)<br> **Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Stephen R. Astley and Sabrina E. Tirabassi]" (Doc. Nos. 37&38) filed July 30, 2025.  For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

Signed: July 30, 2025

**SO ORDERED**.

_____
Susan C. Rodriguez
United States Magistrate Judge