# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>    Defendants. | Case No.: 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr.<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>    Defendants. | Case No.: 3:25-cv-00469-MOC-DCK<br><br>Hon. Max O. Cogburn, Jr.<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM R. TERPENING IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE WEST PALM BEACH POLICE PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, William R. Terpening, declare as follows:

1.      I am a member in good standing of the Bar of the State of North Carolina, and am admitted to practice before this Court. I am the Founder and Managing Partner of the law firm of Terpening Law PLLC ("Terpening Law"), proposed Local Counsel for the Class in the above-captioned action. I submit this declaration in support of the Reply Memorandum of Law in Further Support of the Motion of the West Palm Beach Police Pension Fund for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    Complete and accurate copies of four direct replies from Mr. Profit to his subscribers on the Facebook profile for Profit Trade Room, one direct reply from Mr. Profit to his subscriber on the X (formerly Twitter) page for Profit Trade Room, and one direct reply from Mr. Profit to his subscriber on https://stocktwits.com/ProfitTradeRoom.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of August, 2025.

*/s/ William R. Terpening*
William R. Terpening

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ William R. Terpening*
William R. Terpening

2