# EXHIBIT A









looks too good, if it goes over 8.50 it could bring a big bang, 8.01 could potentially be early trigger    10:14

I'll buy at 8.01 again if they clear all those sellers    10:15

might even do 15 - 25 if it really starts squeezing all these big orders they're tying to fill short now    2  10:18

**Inhypnotic**
Could we get in again if it stays above 8.5? @ProfitTradeRoom

I'm still in from 8.01, 8.50 - 8.60 is the area it needs to beat for possible pop and vertical push

❤️    10:48

if you took profit your call if you want to buy again    1  10:48

**Nikki J.**
@ProfitTradeRoom could QUBT still could do another...
yes if it can hold above 8.60 bears are in trouble    11:12

you can still go with the bigger picture and give it more space for possibly many more dollars of upside



**Profit Trade Room** ✔
@ProfitTradeRoom

Safe to say $WISA was easy money 💵💵

3:47 PM · Sep 4, 2024 · **739** Views

Post your reply

---

if shortsellers attack again and drop it into 2.50's I'll buy there

**Dan**
In wisa $2.74

**D1** Looking for power hour 👍🍀

Mr. Profit
if shortsellers attack a…
👇 here it is

**Cesar**
Got some, does it have power to go up a bit still?

if it trades the same way as it has this far then we can expect stairsteps move up to highs into market close
👍 cs

**Dan**
In for a double avg $2.68

**Ronak**
You read that like a book

**Dan**
Holding all mine till $3.15

🔥🍆💦😂💰💰💰💰💰

**Dan**
Out $3.15

**Mekenzi**
That was awesome 😎



**ProfitTradeRoom**  Jul 25, 2025 6:04 PM   ...

WOW! 💥 $1.85 to $13.00 🚀 600% vertical after chat message at 11 am while still in high $3's $MCVT



💬      🔁 1      ♡ 2      ↥      🔍

> **Mr. Profit**
> MCVT popping
> above 4 it could push well   11:43 ✓✓

> **Santhoshkumar**
> What is the potential ?
> 6, 7 or a lot more if uptrend continues holding on strong volume
> 👍 😊   11:44 ✓✓