# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:25-CV-00332-MOC-SCR

| | |
|---|---|
| DAVID CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| KRISPY KREME, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Marco Duenas, Maya Saxena and Robert Klausner]" (Doc. Nos. 47-49) filed August 14, 2025. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

Signed: August 14, 2025

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge