# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00332-MOC-SCR <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN, <br><br> Defendants. | Case No.: 3:25-cv-00469-MOC-DCK <br><br> Hon. Max O. Cogburn, Jr. <br><br> <u>CLASS ACTION</u> |

## <u>ORDER GRANTING MOTIONS FOR CONSOLIDATION</u>

Having considered the motions of Jan Dujmovic, Teja Mudiki, the West Palm Beach Police Pension Fund, and Muhammad Q. Jan for consolidation (the "Motions") (ECF Nos. 12, 20, 23, 26),[1] the opening briefs in support of the Motions (ECF Nos. 13, 21, 24, 27), the declarations in support thereof (ECF Nos. 14, 22, 25, 28), and all other pleadings and argument submitted to this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motions (ECF Nos. 12, 20, 23, 26) are **GRANTED**.[2]

2. The Clerk shall terminate ECF No. 15, as it has been withdrawn. See (Doc. No. 29).

3. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned, related actions and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are **CONSOLIDATED** for all purposes.

4. The Consolidated Action will be captioned "*In re Krispy Kreme, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 3:25-cv-0332.

   **IT IS SO ORDERED**.

Signed: November 3, 2025

Max O. Cogburn Jr.
United States District Judge

---

[1] David Cameron filed but later withdrew his motion for consolidation. See ECF Nos. 15, 29.
[2] The determination to consolidate pending cases must be made before the appointment of a lead plaintiff, and "[a]s soon as practicable after such decision is rendered, the court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions. . . ." See 15 U.S.C. § 78u-4(a)(3)(B)(ii). During the August 26, 2025 status conference, the Court advised the parties that it was taking the pending lead plaintiff motions (ECF Nos. 12, 23) under advisement.