UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE KRISPY KREME, INC. SECURITIES LITIGATION | File No.: 3:25-cv-0332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr.<br><br><u>CLASS ACTION</u> |

**NOTICE OF UNOPPOSED MOTION BY THE WEST PALM BEACH POLICE
PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

On August 5, 2025,[1] WPB Police and Dujmovic, the two remaining competing movants at the time,[2] filed reply memoranda of law in support of their respective motions seeking appointment as lead plaintiff and approval of selection of counsel. *See* ECF Nos. 42, 44. During the August 26, 2025 status conference, the Court advised the parties that it was taking the pending lead plaintiff motions (ECF Nos. 12, 23) under advisement. On November 3, 2025, the Court entered an order consolidating the *Cameron* and *Leodler* actions under File No. 3:25-cv-0332. *See* ECF No. 53. Then, on November 10, 2025, Dujmovic withdrew his motion (ECF No. 12) for appointment as lead plaintiff and approval of selection of counsel. *See* ECF No. 55.

As set forth in its opening, opposition, and reply papers, WPB Police has the largest financial interest in the action, is the presumptive "most adequate plaintiff" pursuant to the PSLRA, and should be appointed as Lead Plaintiff. Because there is no opposition to WPB Police's motion, and because, as demonstrated in its motion and memoranda of law in support of its motion, WPB Police meets all of the PSLRA's lead plaintiff requirements, WPB Police respectfully requests that the Court enter an order appointing it as Lead Plaintiff for the Class pursuant to the PSLRA and approving its selection of Saxena White to serve as Lead Counsel for the Class and for Terpening Law to serve as Local Counsel for the Class.[3]

---

[1] Defined terms take their meanings from WPB Police's opening brief, ECF No. 24, and opposition brief, ECF No. 34.
[2] The other movants filed notices of withdrawal or non-opposition. See ECF Nos. 29, 31, 32.
[3] WPB Police also respectfully requests that the Court deny its motion seeking discovery from Dujmovic in connection with Dujmovic's lead plaintiff motion (ECF No. 35) as moot.

Dated: November 10, 2025                    Respectfully submitted,

**TERPENING LAW PLLC**

/s/ William R. Terpening

William R. Terpening
NC Bar No. 36418
221 West 11th Street
Charlotte, NC 28202
Tel.: (980) 265-1700
terpening@terpeninglaw.com

*Local Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund, and Proposed Local Counsel for the Class*

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund, and Proposed Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (*pro hac vice*)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff West Palm Beach Police Pension Fund*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                        /s/ William R. Terpening
                                        William R. Terpening