# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00332-MOC-SCR

| | |
|---|---|
| DAVID CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| KRISPY KREME, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Dianne Pitre, Jonathan Lamet and Lester R. Hooker]" (Doc. Nos. 59-61) filed November 25, 2025.  For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

Signed: November 25, 2025

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge