UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :
                :

IN RE KRISPY KREME, INC.        :   Case No. 3:25-cv-00332-MOC-SCR
SECURITIES LITIGATION        :

                :   **Oral Argument Requested**
                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of New York and admitted to appear as counsel *pro hac vice* before this Court. I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP and counsel for Defendants in this action.

2. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A ................... Excerpts from Krispy Kreme, Inc.'s Annual Report for the fiscal year ended December 31, 2023, filed on Form 10-K (February 27, 2024)

Exhibit B ................... Krispy Kreme, Inc. and McDonald's USA's Joint Press Release, filed on Form 8-K (March 26, 2024)

Exhibit C ................... Excerpts from Krispy Kreme, Inc.'s Press Release, filed on Form 8-K (May 9, 2024)

Exhibit D ................... Excerpts from Krispy Kreme, Inc.'s Quarterly Report for the quarter ended March 31, 2024, filed on Form 10-Q (May 9, 2024)

Exhibit E ................... Transcript of Krispy Kreme, Inc.'s First Quarter 2024 Earnings Call (May 9, 2024)

Exhibit F ................... Krispy Kreme, Inc.'s Investor Presentation Deck for the First Quarter 2024 (May 9, 2024)

Exhibit G...................Transcript of Yahoo! Finance, "Krispy Kreme CEO on partnership with McDonalds" (May 9, 2024), also available at https://www.youtube.com/watch?v=SYxkXAmpqD0

Exhibit H...................Excerpts from Krispy Kreme, Inc.'s Press Release, filed on Form 8-K (August 8, 2024)

Exhibit I ...................Excerpts from Krispy Kreme, Inc.'s Quarterly Report for the quarter ended June 30, 2024, filed on Form 10-Q (August 8, 2024)

Exhibit J ...................Transcript of Krispy Kreme, Inc.'s Second Quarter 2024 Earnings Call (August 8, 2024)

Exhibit K...................Krispy Kreme, Inc.'s Investor Presentation Deck for the Second Quarter 2024 (August 8, 2024)

Exhibit L ...................Transcript of Piper Sandler Growth Frontiers Conference (September 10, 2024)

Exhibit M ..................Public Letter to U.S. Securities and Exchange Commission (October 10, 2024)

Exhibit N...................Excerpts from Krispy Kreme, Inc.'s Press Release, filed on Form 8-K (November 7, 2024)

Exhibit O...................Transcript of Krispy Kreme, Inc.'s Third Quarter 2024 Earnings Call (November 7, 2024)

Exhibit P...................Krispy Kreme, Inc.'s Investor Presentation Deck for the Third Quarter 2024 (November 7, 2024)

Exhibit Q...................Excerpts from Krispy Kreme, Inc.'s Quarterly Report for the quarter ended September 29, 2024, filed on Form 10-Q (November 8, 2024)

Exhibit R...................Excerpts from Krispy Kreme, Inc.'s Press Release, filed on Form 8-K (February 25, 2025)

Exhibit S...................Transcript of Krispy Kreme, Inc.'s Fourth Quarter 2024 Earnings Call (February 25, 2025)

Exhibit T ...................Transcript of Yahoo! Finance, "Krispy Kreme CEO discusses Q4 earnings, long term growth" (February 25, 2025), also available at https://www.youtube.com/watch?v=KA60xecY-Zg

2

Exhibit U...................Excerpts from Krispy Kreme, Inc.'s Annual Report for the fiscal year ended December 31, 2024, filed on Form 10-K (February 27, 2025)

Exhibit V...................Transcript of Krispy Kreme, Inc.'s First Quarter 2025 Earnings Call (May 8, 2025)

Exhibit W..................Krispy Kreme, Inc. and McDonald's USA's Joint Press Release, filed on Form 8-K (June 24, 2025)

Exhibit X...................Excerpts from Krispy Kreme, Inc.'s Press Release, filed on Form 8-K (August 7, 2025)


I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, NY
       March 31, 2026

                                        */s/ Alexander C. Drylewski*
                                        Alexander C. Drylewski

3